IN THE UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF NEW YORK

MDL-1738 -- IN RE VITAMIN C ANTITRUST LITIGATION

CONSENT OF TRANSFEREE COURT

The United States District Court for the Eastern District of New York hereby consents to the assignment of the actions involved in the above-described litigation to the Honorable David G. Trager for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407.

*[Signature: Edward R. Korman]*
Chief Judge

Date: 2/6/06

AFTER APPROVAL, PLEASE RETURN ORIGINAL FORM TO:

**Office of the Clerk**
**Judicial Panel on Multidistrict Litigation**
**Thurgood Marshall Federal Judiciary Building**
**One Columbus Circle, NE**
**Room G-255, North Lobby**
**Washington, D.C. 20002-8004**

THIS ASSIGNMENT IS CONFIDENTIAL UNTIL ORDER OF TRANSFER IS FILED BY THE PANEL

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CHAIRMAN:
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

MEMBERS:
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Robert A. Cahn
Executive Attorney

DIRECT REPLY TO:

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:            [202] 502-2888

http://www.jpml.uscourts.gov

February 1, 2006

### CONFIDENTIAL UNTIL DECISION RELEASED

Honorable Edward R. Korman
Chief Judge, U.S. District Court
918 S United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

Re:   MDL-1738 -- In re Vitamin C Antitrust Litigation

(See Attached Schedule of Actions)

Dear Judge Korman:

   The Panel recently held a hearing to determine whether the subject litigation should be centralized for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. We have decided to transfer the actions listed on Schedule A to the Eastern District of New York. With your permission, we would like to assign these cases to Judge David G. Trager for coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407. Such an assignment will not be made unless both you and Judge Trager believe that the transfer of these actions to your court would be in the interest of justice. In response to Judge John F. Keenan's inquiry, Judge Trager has already expressed his willingness to accept the assignment. In the event tag-along cases are filed in other districts, we would probably transfer them to your district for assignment to Judge Trager. If related cases are filed in your district, we would anticipate that they would automatically be assigned to Judge Trager.

   The Panel feels a strong responsibility to the transferor judges and to the litigants to see that transferred cases are promptly and expeditiously processed. Based on the experience of the Panel and of previous transferee judges, the best guide to successful management of complex multidistrict litigation is contained in the Manual for Complex Litigation, Fourth. Procedures recommended by the Manual have been used repeatedly in these cases and have proven effective in preparing these cases for trial and, quite often, inducing settlement.

Honorable Edward R. Korman
Page 2

    Let me assure you that in the event you consent to this transfer, the Panel will assist in every way possible. The services of our staff are available to Judge Trager and Mr. Heinemann.

    If you agree to the assignment of these cases to Judge Trager, please sign the enclosed consent and return it to Mr. Michael J. Beck, Clerk of the Panel, at your earliest convenience. This formal consent is required by the statute, but it should not be made public until the Panel's transfer order is filed with your clerk which we hope will be within the next two weeks.

                                 Sincerely,

                                 Wm. Terrell Hodges
                                 Chairman

Attachment/Enclosure

c: Honorable David G. Trager

# SCHEDULE A

MDL-1738 -- In re Vitamin C Antitrust Litigation

### Northern District of California

*Linda Philion, et al. v. Hebei Welcome Pharmaceutical Co., Ltd., et al.,*
   C.A. No. 3:05-4524

### District of Massachusetts

*Dennis Audette v. Hebei Welcome Pharmaceutical Co., Ltd., et al.,* C.A. No. 1:05-12224

### Eastern District of New York

*Animal Science Products, Inc., et al. v. Hebei Welcome Pharmaceutical Co., Ltd., et al.,*
   C.A. No. 1:05-453