AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

IN RE
VITAMIN C ANTITRUST LITIGATION

This Document Relates to ALL ACTIONS

――――――――――――――――――――X

**APPEARANCE**

MASTER FILE 06-MD-1738
(DGT) (JO)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Defendants:

Weisheng Pharmaceutical Co. Ltd.
Shijiazhuang Pharmaceutical (USA) Inc.
China Pharmaceutical Group Ltd.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| May 11, 2006 | _[signature]_ |
| Date | Signature |
| | Daniel S. Mason                54065 |
| | Print Name                Bar Number |
| | Zelle, Hofmann, Voelbel, Mason & Gette LLP |
| | 44 Montgomery Street, Suite 3400 |
| | Address |
| | San Francisco,   California   94104 |
| | City   State   Zip Code |
| | (415) 693-0700   (415) 693-0770 |
| | Phone Number   Fax Number |