AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

__EASTERN__ DISTRICT OF __NEW YORK__

IN RE
VITAMIN C ANTITRUST LITIGATION

This Document Relates to ALL ACTIONS
_____X

**APPEARANCE**

Case Number: 06-MD-1738 (DGT) (JO)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Hebei Welcome Pharmaceutical Co. Ltd.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 6/13/2006 | *[signature]* |
| Date | Signature |
| | Darrell Prescott — DP-0275 |
| | Print Name — Bar Number |
| | Baker & McKenzie LLP, 1114 Avenue of the Americas |
| | Address |
| | New York — NY — 10036 |
| | City — State — Zip Code |
| | (212) 626-4100 — (212) 310-1600 |
| | Phone Number — Fax Number |