**BAKER & MCKENZIE**

Baker & McKenzie LLP
1114 Avenue of the Americas
New York, New York 10036, USA

Tel: +1 212 626 4100
Fax: +1 212 310 1600
www.bakernet.com

Asia
Pacific
Bangkok
Beijing
Hanoi
Ho Chi Minh City
Hong Kong
Jakarta
Kuala Lumpur
Manila
Melbourne
Shanghai
Singapore
Sydney
Taipei
Tokyo

Europe &
Middle East
Almaty
Amsterdam
Antwerp
Bahrain
Baku
Barcelona
Berlin
Bologna
Brussels
Budapest
Cairo
Düsseldorf
Frankfurt / Main
Geneva
Kyiv
London
Madrid
Milan
Moscow
Munich
Paris
Prague
Riyadh
Rome
St. Petersburg
Stockholm
Vienna
Warsaw
Zurich

North & South
America
Bogotá
Brasilia
Buenos Aires
Calgary
Caracas
Chicago
Chihuahua
Dallas
Guadalajara
Houston
Juarez
Mexico City
Miami
Monterrey
New York
Palo Alto
Porto Alegre
Rio de Janeiro
San Diego
San Francisco
Santiago
Sao Paulo
Tijuana
Toronto
Valencia
Washington, DC

December 14, 2006

The Hon. James Orenstein
Magistrate Judge
U.S. District Court - EDNY
225 Cadman Plaza East
Brooklyn, NY 11201

Darrell Prescott
Tel: +1 212 626 4476
Darrell.Prescott@bakernet.com

**Electronically filed**

RE:   In re Vitamin C Antitrust Litigation; Master File 06-MD-1738

Dear Judge Orenstein:

Enclosed herewith please find a proposed Stipulation and Order being jointly submitted for Your Honor's approval and signature by all Defendants and Indirect Purchaser Plaintiff Liaison counsel with respect to scheduling matters in the *Audette v. Hebei Welcome Pharmaceutical Co., Ltd., et al.* and *Philion v. Hebei Welcome Pharmaceutical Co., Ltd.*, cases.

Respectfully,

*/s/ Darrell Prescott/*

Darrell Prescott
Principal

BAKER & MCKENZIE LLP
Counsel for Defendant Hebei
Welcome Pharmaceutical Co., Ltd.

Attachment

cc:   All counsel all cases via ECF

Baker & McKenzie LLP is a member of Baker & McKenzie International, a Swiss Verein.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
IN RE                                                         MASTER FILE 06-MD-1738
VITAMIN C ANTITRUST LITIGATION                                (DGT)(JO)

This Document Relates To:
-----------------------------------------------------------X
DENNIS AUDETTE,
                    Plaintiff,
  vs.

HEBEI WELCOME PHARMACEUTICAL                                  **STIPULATION AND ORDER**
CO., LTD., *et al.*,                                          **REGARDING SCHEDULING AS TO**
                  Defendants.                  **CERTAIN PLAINTIFFS ALLEGING**
-----------------------------------------------------------X  **INDIRECT PURCHASER CLAIMS**
LINDA PHILION, et al.
                  Plaintiffs,
  vs.

HEBEI WELCOME PHARMACEUTICAL
CO., LTD., *et al.*,
                  Defendants.
-----------------------------------------------------------X

Counsel in *Audette v. Hebei Welcome, et al.* ("Audette) and *Philion, et al., v. Hebei Welcome, et al. ("Philion")* having met and conferred on December 1, 2006 with respect to outstanding discovery and an orderly schedule for dealing with expert reports, class certification, and other matters relating to indirect purchaser claims in the above-captioned cases; and

There being several motions pending before the Court which might affect the nature or scope of a class or the forum in which the claims made in these cases must be litigated;

IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel as follows:

1. Plaintiffs in *Audette* and *Philion* shall submit their expert report(s) on class certification and produce to Defendants all non-privileged documents provided to, referred to or relied upon by each expert no later than 90 days after the latest of the following three events:

(a) the Court's decision with respect to (i) Defendant Northeast Pharmaceutical Group Co., Ltd.'s *Motion to Compel Arbitration* and (ii) the *Motion to Compel Arbitration and for a Stay of Litigation* filed by Defendants Jiangsu Jiangshan Pharmaceutical Co., Ltd, et al., both filed November 17, 2006 (Docket Nos. 94 and Nos. 98);

(b) the Court's decision with respect to *Defendants' Motion to Dismiss the Complaint with Prejudice Pursuant to Federal Rule of Civil Procedure 12(b)(1) and (6)*, filed September 22, 2006 (Docket #66); and

(c) the Court's decision with respect to Defendants Motion to Dismiss Plaintiff The Ranis Company Inc.'s Claim for Damages Under the Federal Antitrust Laws or, Alternatively, to Strike Class Action Allegations, filed September 22, 2006 (Docket #64).

2. Following production of Plaintiffs' expert report(s) and related documents as provided in paragraph 1 of this Stipulation and Order, Defendants shall have 90 days to engage in discovery of Plaintiffs' experts and such other discovery on class certification issues as Defendants may deem necessary.

3. Defendants' expert report(s) on issues of class certification, together with all non-privileged documents provided to, referred to or relied upon by each expert, shall be produced 90 days following the production of Plaintiffs' expert reports on class certification issues following which Plaintiffs in the above-captioned cases shall have 90 days to engage in discovery related to such expert report(s).

4. Plaintiffs' motion to certify a class shall be made no later than 90 days following the production of Defendants' expert report(s). Defendants' response brief on class certification issues shall be served no later than 30 days after service of Plaintiffs' motion.

5. Plaintiffs' reply brief in support of class certification shall be served no later than 30 days after service of Defendants' motion in opposition to Plaintiffs' motion for class certification, and expert report(s) on issues of class certification, together with all non-privileged documents provided to, referred to or relied upon by each expert in connection with Plaintiffs' reply brief shall be produced to Defendants during this 30 day period.

6. Service of all papers contemplated by this stipulation and order shall be made by email to the extent reasonably practical and by hand delivery or overnight air courier.

7. The date of December 15, 2006, specified for commencement of the certification motion process shall be adjourned and rescheduled to the date determined pursuant to paragraph 1 hereof, and all other dates and deadlines set forth by or pursuant to Pretrial Order No. 2 insofar as applicable to the above-captioned cases, shall be adjourned and rescheduled accordingly, with revised dates to be determined as between parties with approval by Court.

Dated: New York, New York
December 12, 2006

STRAUS & BOIES, LLP

By: _____
Kenneth G. Walsh (KW 1654)
Two Depot Plaza, Suite 203
Bedford Hills, NY 10507
Tel: (914) 244-3200
Fax: (914) 244-3260

*Attorneys for Plaintiff Dennis Audette and as Liaison counsel for Indirect Purchaser Plaintiffs*

BAKER & MCKENZIE, LLP

By: _____
Charles H. Critchlow, Esq (CC 4905)
Darrell Prescott, Esq. (DP 0275)
Douglas M. Tween, Esq.
1114 Avenue of the Americas
New York, New York 10036-7703

*Attorneys for Defendant Hebei Welcome Pharmaceutical Co. Ltd.*

HELLER EHRMAN LLP

By: _____
Richard S. Goldstein (RG 9560)

GREENBERG TRAURIG, LLP

By: _____
James I. Serota (JS 6802)
Kenneth A. Lapatine (KL 3985)
The MetLife Building
200 Park Avenue
New York, NY 10166
Tel: (212) 801-9200
Fax: (212) 801-6400

*Attorneys for Defendant Northeast Pharmaceutical Group Co., Ltd.*

ZELLE HOFMANN VOELBEL MASON & GETTE, LLP

By: _____
Daniel S. Mason, Esq.
44 Montgomery Street, Suite 3400
San Francisco, CA 94104

*Attorneys for Defendants Weisheng Pharmaceutical Co., Ltd., Shijiazhuang Pharmaceutical (USA) Inc., and China Pharmaceutical Group, Ltd.*

NYCDMS/1023255.3

August T. Horvath (AH 8776)
Times Square Tower
7 Times Square
New York, NY 10036
Tel: (212) 832-8300
Fax: (212) 763-7600

Stephen V. Bomse (SB 6594)
   (*pro hac vice*)
333 Bush Street
San Francisco, CA 94104
Tel: (415) 772-6000
Fax: (415) 772-6268

Jonathan M. Palmer
   (*pro hac vice*)

One Exchange Square, 35th Floor
8 Connaught Place
Central, Hong Kong
Tel: +852-2292-2000
Fax: +852-2292-2200

*Attorneys for Defendant*
*Jiangsu Jiangshan Pharmaceutical Co., Ltd.*

## SO ORDERED

_____

## SERVICE LIST

Alanna C. Rutherford, Esq.
BOIES, SCHILLER & FLEXNER LLP
570 Lexington Avenue, Suite 1600
New York, New York 10022
Tel:   (212) 446-2300
Fax:   (212) 446-2350
Counsel for Plaintiffs Animal Science Products, Inc. and The Ranis Company, Inc.

William A. Isaacson, Esq.
Tanya Chutkan, Esq.
Brian C. Baker, Esq.
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue, NW, Suite 800
Washington, DC  20015
Tel.:   (202) 237-2727
Fax:   (202) 237-6131
Counsel for Plaintiffs Animal Science Products, Inc. and The Ranis Company, Inc.

Michael D. Hausfeld, Esq.
Brian A. Ratner, Esq.
COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
1100 New York Avenue, NW
West Tower, Suite 500
Washington, DC  20005
Tel.:   (202) 408-4600
Fax:   (202) 408-4699
Counsel for Plaintiffs Animal Science Products, Inc. and The Ranis Company, Inc.

James T. Southwick, Esq.
Shawn L. Raymond, Esq.
Suyash Agrawal, Esq.
SUSMAN GODFREY L.L.P
1000 Louisiana, Suite 5100
Houston, Texas  77002
Tel.:   (713) 651-9366
Fax:   (713) 654-6666
Counsel for Plaintiffs Animal Science Products, Inc. and The Ranis Company, Inc.

David Boies III, Esq.
Timothy Battin, Esq.
STRAUS & BOIES, LLP
4041 University Drive
Fairfax, VA 22030
Tel:   (703) 764-8700
Fax:   (703) 764-8704
Counsel for Plaintiff Audette

Kenneth G. Walsh, Esq.
STRAUS & BOIES, LLP
2 Depot Plaza
2nd Floor
Bedford Hills, NY 10507
Tel:   (914) 244-3200
Fax:   (914) 244-3260
Counsel for Plaintiff Audette

Daniel E. Gustafson, Esq.
Daniel C. Hedlund, Esq.
Amanda M. Martin, Esq.
GUSTAFSON GLUEK PLLC
650 Northstar East
608 Second Avenue South
Minneapolis, MN 55402
Tel.:   (612) 333-8844
Fax:   (612) 339-6622
Counsel for Plaintiff Audette

Sylvie K. Kern, Esq.
GLANCY BINKOW & GOLDBERG LLP
455 Market Street, Suite 1810
San Francisco, CA 94105
Tel.:   (415) 972-8160
Fax:   (415) 972-8166
Counsel for Plaintiff Andrea Gialanella and Chris Gialanella

R. Alexander Saveri, Esq.
SAVERI & SAVERI, INC.
111 Pine Street, Suite 1700
San Francisco, CA  94111
Tel.:   (415) 217-6810
Fax:   (415) 217-6813
Counsel for Plaintiff Philion

James I. Serota, Esq.
Kenneth Lapatine, Esq.
Rachel Izower, Esq.
GREENBERG TRAURIG, LLP
200 Park Avenue
New York, NY 10166
Tele:  (212) 801-9200
Fax:   (212) 801-6400
Counsel for Defendant Northeast Pharmaceutical Group Co., Ltd.

Gary R. Greenberg, Esq.
Annapoorni R. Sankaran, Esq.
GREENBERG TRAURIG, LLP
One International Place
Boston, MA 02110
Tel:   (617) 310-6000
Counsel for Defendant Northeast Pharmaceutical Group Co., Ltd.

Frank E. Merideth, Esq.
GREENBERG TRAURIG, LLP
2450 Colorado Avenue
Suite 400E
Santa Monica, CA 90404
Tel:   310-586-7700
Counsel for Defendant Northeast Pharmaceutical Group Co., Ltd.

Daniel S. Mason, Esq.
Joseph Bell, Esq.
Athena Hou, Esq.
ZELLE, HOFFMAN, VOELBEL, MASON & GETTE LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Tele:  (415) 693-0700
Fax:   (415) 693-0770
Counsel for Defendants Weisheng Pharmaceutical Co., Ltd.,
  Shijiazhuang Pharmaceutical (USA) Inc., and China Pharmaceutical Group, Ltd.

William Gerald McElroy, Jr., Esq.
ZELLE HOFMANN VOELBEL MASON & GETTE, LLP
950 Winter Street
Suite 1300
Waltham, MA 02451
Tele:  (781) 466-0700
Fax:   (781) 466-0701
Counsel for Defendants Weisheng Pharmaceutical Co., Ltd.,
  Shijiazhuang Pharmaceutical (USA) Inc., and China Pharmaceutical Group, Ltd.

Dale C. Christensen, Jr.
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, New York 10004
Tele:   (212) 574-1200
Fax:    (212) 480-8421
Counsel for Defendants Weisheng Pharmaceutical Co., Ltd.,
  Shijiazhuang Pharmaceutical (USA) Inc., and China Pharmaceutical Group, Ltd.

Stephen V. Bomse, Esq.
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA  94104
Tel:    (415) 772-6000
Fax:    (415) 772-6268
Counsel for Defendant Jiangsu Jiangshan Pharmaceutical Co., Ltd.

Richard S. Goldstein, Esq.
HELLER EHRMAN LLP
Times Square Tower
7 Times Square
New York, NY  10036
Tel:    (212) 847-8704
Fax:    (212) 763-7600
Counsel for Defendant Jiangsu Jiangshan Pharmaceutical Co., Ltd.

Jonathan M. Palmer, Esq.
HELLER EHRMAN LLP
One Exchange Square, 35th Floor
8 Connaught Road
Central, Hong Kong
Tel:    +86.10.5866.9738
Fax:    +86.10.5866.9739
Counsel for Defendant Jiangsu Jiangshan Pharmaceutical Co., Ltd.

## CERTIFICATE OF SERVICE

I hereby certify that copies of Stipulation and Order Regarding Scheduling as to Certain Plaintiffs Alleging Indirect Purchaser Claims were served by electronic mail this 14th day of December 2006, on all counsel listed in the attached Service List.

_____
Darrell Prescott

NYCDMS/1024367.1