UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

IN RE
VITAMIN C ANTITRUST LITIGATION

1:06-MD-01738
(DGT) (JO)

This Document Relates To:

-----------------------------------------------------------X

ANIMAL SCIENCE PRODUCTS, INC., et al.,
                Plaintiffs,

CV-05-453

vs.

**STIPULATION REGARDING
MOTION TO DISMISS**

HEBEI WELCOME PHARMACEUTICAL
CO., LTD., et al.,
                Defendants.

-----------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED by and between the parties, by their undersigned attorneys, that:

1.     Defendants' motion to dismiss the complaint based on various defenses, including the act of state doctrine, the foreign sovereign compulsion defense and international comity, which is presently sub judice before the Court, shall continue to be decided with respect to said complaint, but shall be deemed to apply with equal force and be determinative of the sufficiency of the First Amended Class Action Complaint dated January 31, 2007;

2. Defendants shall not be required to answer or move with respect to the First Amended Class Action Complaint until twenty (20) days following the decision of the Court with respect to the aforesaid motion to dismiss.

Dated: February 13, 2007

SUSMAN GODFREY L.L.P.

By: _____
James T. Southwick
1000 Louisiana, Suite 5100
Houston, TX 77002
Tel: (713) 651-9366
Fax: (713) 654-6666

*Attorneys for Plaintiffs Animal Science Products, Inc. and The Ranis Company, Inc.*

BOIES, SCHILLER & FLEXNER, LLP

By: _____
William A. Isaacson
5301 Wisconsin Avenue, NW, Suite 800
Washington, D.C. 20015
Tel: (202) 237-2727
Fax: (202) 237-6131

*Attorneys for Plaintiffs Animal Science Products, Inc. and The Ranis Company, Inc.*

ZELLE HOFMANN VOELBEL MASON & GETTE, LLP

By: _____
Daniel S. Mason, Esq.
44 Montgomery Street, Suite 3400
San Francisco, CA 94104

*Attorneys for Defendants
Weisheng Pharmaceutical Co., Ltd.,
Shijiazhuang Pharmaceutical (USA) Inc.,*

GREENBERG TRAURIG, LLP

By: _____
James I. Serota (JS 6802)
Kenneth A. Lapatine (KL 3985)
The MetLife Building
200 Park Avenue
New York, NY 10166
Tel: (212) 801-9200
Fax: (212) 801-6400

*Attorneys for Defendant Northeast Pharmaceutical Group Co., Ltd.*

BAKER & MCKENZIE, LLP

By: _____
Charles H. Critchlow, Esq.
Darrell Prescott, Esq. (DP 0275)
Douglas M. Tween, Esq.
1114 Avenue of the Americas
New York, New York 10036-7703

*Attorneys for Defendant Hebei Welcome Pharmaceutical Co. Ltd.*

HELLER EHRMAN LLP

By: _____
Richard S. Goldstein, Esq. (RG 9560)
Times Square Tower 7 Times Square
New York, NY 10036

Stephen V. Bomse (SB 6594)
 (pro hac vice)
333 Bush Street
San Francisco, CA 94104

*and China Pharmaceutical Group, Ltd.*

Tel: (415) 772-6000
Fax: (415) 772-6268

Jonathan M. Palmer
(*pro hac vice*)
One Exchange Square, 35th Floor
8 Connaught Place
Central, Hong Kong
Tel: +852-2292-2000
Fax: +852-2292-2200
*Attorneys for Defendant Jiangsu Jiangshan Pharmaceutical Co., Ltd.*

SO ORDERED:_____

## SERVICE LIST

**Alanna Rutherford, Esq.**
BOIES, SCHILLER & FLEXNER, LLP
570 Lexington Avenue, Suite 1600
New York, NY 10022
Tel: 212-446-2300
Fax: 212-446-2350

*Attorneys for:*
   *Plaintiff Animal Science Products, Inc.*
   *Plaintiff The Ranis Company, Inc.*

**Michael D. Hausfeld, Esq.**
**Brian A. Ratner, Esq.**
COHEN, MILSTEIN, HAUSFELD & TOLL, PLLC
1100 New York Avenue NW
West Tower, Suite 500
Washington, DC 20005
Tel: 202-408-4600
Fax: 202-408-4699

*Attorneys for:*
   *Plaintiff Animal Science Products, Inc.*
   *Plaintiff The Ranis Company, Inc.*

**Brent W. Landau, Esq.**
COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
One South Broad Street, Suite 1850
Philadelphia, PA 19107
Tel: 215-825-4012
Fax: 215-825-4001

*Attorneys for:*
   *Plaintiff Animal Science Products, Inc.*
   *Plaintiff The Ranis Company, Inc.*

**William A. Isaacson, Esq.**
**Tanya Chutkan, Esq.**
**Brian C. Baker, Esq.**
BOIES, SCHILLER & FLEXNER, LLP
5301 Wisconsin Avenue, NW, Suite 800
Washington, DC 20015
Tel: 202-237-2727
Fax: 202-237-6131

*Attorneys for:*
   *Plaintiff Animal Science Products, Inc.*
   *Plaintiff The Ranis Company, Inc.*

**James T. Southwick, Esq.**
**Shawn L. Raymond**
**Suyash Agrawal**
SUSMAN GODFREY LLP
1000 Louisiana, Suite 5100
Houston, TX 77002
Tel: 713-651-9366
Fax: 713-654-6666

*Attorneys for:*
   *Plaintiff Animal Science Products, Inc.*
   *Plaintiff The Ranis Company, Inc.*

**David Boies III, Esq.**
**Timothy Battin**
STRAUS & BOIES, LLP
4041 University Drive
Fairfax, VA 22030
Tel: 703-764-8700
Fax: 703-764-8704

*Attorneys for Plaintiff Audette*

**Kenneth G. Walsh, Esq.**
STRAUS & BOIES, LLP
2 Depot Plaza, 2nd Floor
Bedford Hills, NY 10507
Tel: 914-244-3200
Fax: 914-244-3260

*Attorneys for Plaintiff Audette*

**Sylvie K. Kern, Esq.**
GLANCY BINKOW & GOLDBERG, LLP
455 Market Street
San Francisco, CA 94105
Tel: 415-972-8160
Fax: 415-972-8166

*Attorneys for:*
  *Plaintiff Andrea Gialanella*
  *Plaintiff Chris Gialanella*

**James I. Serota, Esq.**
**Kenneth Lapatine, Esq.**
GREENBERG TRAURIG, LLP
200 Park Avenue
New York, NY 10036
Tel: 212-801-2277
Fax: 212-801-6400

*Attorneys for Defendant Northeast Pharmaceutical Group Co., Ltd.*

**Frank E. Merideth, Esq.**
GREENBERG TRAURIG, LLP
2450 Colorado Avenue, Suite 400 E
Santa Monica, CA 90404
Tel: 310-586-7700

*Attorneys for Defendant Northeast Pharmaceutical Group Co., Ltd.*

**Daniel E. Gustafson**
**Daniel C. Hedlund**
**Amanda M. Martin**
GUSTAFSON GLUEK PLLC
650 Northstar East
608 Second Avenue South
Minneapolis, MN 55402
Tel: 612-333-8844
Fax: 612-339-6622

*Attorneys for Plaintiff Audette*

**R. Alexander Saveri, Esq.**
SAVERI & SAVERI, INC.
111 Pine Street, Suite 1700
San Francisco, CA 94111
Tel: 415-217-6810

*Attorneys for Plaintiff Philion*

**Gary R. Greenberg, Esq.**
**Annapoorni R. Sankaran, Esq.**
GREENBERG TRAURIG, LLP
One International Place
Boston, MA 02110
Tel: 617-310-6000

*Attorneys for Defendant Northeast Pharmaceutical Group Co., Ltd.*

**Charles H. Critchlow, Esq.**
**Darrell Prescott, Esq.**
**Douglas M. Tween, Esq.**
BAKER & McKENZIE, LLP
1114 Avenue of the Americas
New York, NY 10036
Tel: 212-626-4496
Fax: 212-626-4120

*Attorneys for Defendant Hebei Welcome Pharmaceutical Co. Ltd.*

**Daniel S. Mason, Esq.**
**Joseph W. Bell, Esq.**
**Athena Hou, Esq.**
ZELLE HOFMANN VOELBEL MASON &
 GETTE, LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94101
Tel: 415-693-0700
Fax: 415-693-0770

*Attorneys for Defendants:*
 *Weisheng Pharmaceutical Co., Ltd.,*
 *Shijiazhuang Pharmaceutical (USA) Inc.,*
 *China Pharmaceutical Group, Ltd.*

**Dale C. Christensen, Jr., Esq.**
SEWARD & KISSEL, LLP
One Battery Park Plaza
New York, NY 10004
Tel: (212) 574-1589
Fax: (212) 480-8421

*Attorneys for Defendants:*
 *Weisheng Pharmaceutical Co., Ltd.,*
 *Shijiazhuang Pharmaceutical (USA) Inc.,*
 *China Pharmaceutical Group, Ltd.*

**William Gerald McElroy, Jr., Esq.**
ZELLE HOFMANN VOELBEL MASON &
 GETTE, LLP
950 Winter Street, Suite 1300
Waltham, MA 02451

*Attorneys for Defendants:*
 *Weisheng Pharmaceutical Co., Ltd.,*
 *Shijiazhuang Pharmaceutical (USA) Inc.,*
 *China Pharmaceutical Group, Ltd.*

3