# STRAUS & BOIES, LLP

ATTORNEYS AT LAW
2 DEPOT PLAZA
2ND FLOOR
BEDFORD HILLS, NEW YORK 10507
TELEPHONE: (914) 244-3200
FACSIMILE: (914) 244-3260

September 28, 2007

*Via Facsimile & ECF*

The Honorable Judge James Orenstein
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   ***Re: In re Vitamin C Antitrust Litigation (Master File 06-MD-1738)(DGT)(JO)***

Dear Judge Orenstein:

  We represent the putative Indirect Purchaser classes in the above-referenced matter. We write to update the Court on current issues or disputes in advance of the Status Conference scheduled for October 2, 2007.

  Indirect Plaintiffs are currently completing service on the foreign Defendants under the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents, pursuant to Fed. R. Civ. P. 4(f)(1), and are in the process of producing documents responsive to Defendants' discovery requests. There are no pending disputes in these regards requiring the Court's intervention.

  Indirect Plaintiffs do, however, object to the Defendants' proposed pleading schedule in response to Judge Trager's Order of September 25, 2007 granting Direct Plaintiffs' leave to file a Second Amended Complaint. Through recent meet and confers, Defendants have proposed not only a longer schedule for pleadings specific to the newly filed complaint, but a delay in merits discovery itself. Indirect Plaintiffs are not categorically opposed to a longer briefing schedule related to Direct Plaintiffs' Second Amended Complaint so long as that schedule continues on the current discovery track. However, any schedule delaying merits discovery is inappropriate, needlessly prolongs the litigation, and is unnecessary for any response Defendants may have to the Direct Plaintiffs' Second Amended Complaint. The delay is made especially unwise given discovery has already commenced.

Honorable James Orenstein
Page 2
September 28, 2007

      Indirect Plaintiffs, therefore, respectfully object to Defendants' proposed schedule delaying merits discovery and alternatively, support the schedule proposed by the Direct Plaintiffs.

Respectfully Submitted,

Kenneth G. Walsh

Cc: All Counsel of Record