AO 458 (Rev. 5/85) Appearance

# United States District Court

<u>    Eastern    </u> DISTRICT OF <u>New York</u>

## APPEARANCE

CASE NUMBER: 06-MD-1738

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for Defendant, Legend Ingredients Group, Inc.

I certify that I am filing concurrently herewith an application for pro hac vice admission.

| | |
|---|---|
| October 30, 2007 | [signature] |
| Date | Signature |
| | Patricia K. Oliver |
| | Print Name     Bar Number 193423 |

Liner Yankelevitz Sunshine & Regenstreif LLP
Address
1100 Glendon Avenue, 14th Floor
Los Angeles, CA  90024
City     State     Zip Code

(310) 500-3500     (310) 500-3501
Phone Number     Fax Number

AO-458