AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Eastern  DISTRICT OF  New York

## APPEARANCE

IN RE VITAMIN C ANTITRUST LITIGATION

Case Number: 06-md-01738

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiff Dennis Audette

I certify that I am admitted to practice in this court.

**[Pro Hac Vice]**

| | |
|---|---|
| 11/2/2007 | _/s/ Ian P. Otto_ |
| Date | Signature |
| | Ian P. Otto |
| | Print Name / Bar Number |
| | 4041 University Drive, Fifth Floor |
| | Address |
| | Fairfax / VA / 22030 |
| | City / State / Zip Code |
| | (703) 764-8700 / (703) 764-8704 |
| | Phone Number / Fax Number |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 2, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the e-mail address denoted on the attached Electronic Mail Notice list and I hereby certify that I have mailed the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 2, 2007.

By: _____
Jill Moser

# Mailing Information for a Case 1:06-md-01738-DGT-JO

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Suyash Agrawal**
  sagrawal@susmangodfrey.com
- **Donald Chidi Amamgbo**
  donald@amamgbolaw.com
- **Brian C. Baker**
  bbaker@bsfllp.com
- **Rebecca Bedwell-Coll**
  rbcoll@lchb.com
- **Joseph W. Bell**
  jbell@zelle.com
- **Stephen V. Bomse**
  stephen.bomse@hellerehrman.com
- **Dale C. Christensen**
  christensen@sewkis.com
- **Tanya S. Chutkan**
  tchutkan@bsfllp.com
- **Robert W. Coykendall**
  rcoykendall@morrislaing.com
- **Charles Howard Critchlow**
  charles.h.critchlow@bakernet.com
- **Eric B. Fastiff**
  efastiff@lchb.com
- **Richard Scott Goldstein**
  rgoldstein@hewm.com
- **Gary R. Greenberg**
  greenbergg@gtlaw.com
- **Daniel C. Hedlund**
  dhedlund@gustafsongluek.com,rhoule@gustafsongluek.com
- **Jiangxiao Hou**
  ahou@zelle.com
- **William A. Isaacson**
  wisaacson@bsfllp.com
- **Rachel Lois Izower**
  izowerr@gtlaw.com,schaefferc@gtlaw.com
- **Jon T. King**
  king@furth.com

- **David E. Kovel**
  dkovel@kmslaw.com
- **Brent W. Landau**
  blandau@cmht.com
- **Michael P. Lehmann**
  mlehmann@cmht.com
- **Daniel Mason**
  dmason@zelle.com,sljohnson@zelle.com
- **Joel M. Mitnick**
  jmitnick@sidley.com
- **Tina J. Moore**
  tmoore@morrislaing.com
- **Patricia K. Oliver**
  poliver@linerlaw.com
- **Darrell Prescott**
  darrell.prescott@bakernet.com
- **James Quadra**
  quadra@meqlaw.com
- **Brian A. Ratner**
  bratner@cmht.com
- **Shawn L. Raymond**
  sraymond@susmangodfrey.com,ddefranco@susmangodfrey.com
- **Alanna Rutherford**
  arutherford@bsfllp.com
- **Annapoorni R. Sankaran**
  sankarana@gtlaw.com
- **Joseph R. Saveri**
  jsaveri@lchb.com
- **Tracey R. Seraydarian**
  tseraydarian@sidley.com
- **James Ian Serota**
  serotaj@gtlaw.com
- **James Ian Serota**
  serotaj@gtlaw.com,gtcourtalert@gtlaw.com
- **Sylvia Sokol**
  sokol@meqlaw.com
- **James T. Southwick**
  jsouthwick@susmangodfrey.com,jmccrary@susmangodfrey.com
- **Reginald Von Terrell**
  reggiet2@aol.com
- **Sophia Tsokos**
  tsokoss@gtlaw.com
- **Joseph G. Veenstra**
  joe@johnsflaherty.com,lisaf@johnsflaherty.com
- **Kenneth G. Walsh**
  kwalsh@kmllp.com,cstudebaker@kmllp.com

**Manual Notice List**

**Judith Blackwell**
Blackwell & Blackwell
584 Valle Vista Avenue
Oakland, CA 94610