# HellerEhrman LLP

January 11, 2008

Ellen G. Jalkut
Ellen.Jalkut@hellerehrman.com
Direct +1.212.847.8605
Main +1 (212) 832-8300
Fax +1 (212) 763-7600

*By Federal Express*
*Via E-mail*

Plaintiffs' Counsel
(see attached service list)

Re:   In re Vitamin C Antitrust Litigation, No. 05 MD 1738 (DGT) (JO)
      *Relating to* Animal Science Products, Inc. v. Hebei Welcome Pharm. Co., Ltd., 05 CV 453 (DGT) (JO)

Dear Counsel:

Enclosed, with respect to the above-captioned matter, please find the Defendants' Supplemental Memorandum in Opposition to Motion for Class Certification, the accompanying Declaration of Ellen G. Jalkut and attached exhibits, and the Declaration of Jianfeng Fang. These documents are designated "Confidential and Lawyers Only" and should be filed under seal, pursuant to Protective Order of the Court, dated March 20, 2007 (D.E. 133).

Very truly yours,

Ellen G. Jalkut

Enclosures

cc:   The Honorable David G. Trager (w/o enclosures) (via U.S. mail and ECF)
      The Honorable James Orenstein (w/o enclosures) (via ECF)

Heller Ehrman LLP   Times Square Tower   7 Times Square   New York, NY 10036-6524   www.hellerehrman.com

Beijing   Hong Kong   London   Los Angeles   Madison, WI   New York   San Diego   San Francisco   Seattle/Anchorage   Shanghai   Silicon Valley   Singapore   Washington, D.C.

## SERVICE LIST

**Alanna Rutherford, Esq.**
BOIES, SCHILLER & FLEXNER, LLP
570 Lexington Avenue, Suite 1600
New York, New York 10022
Tel: 212-446-2300
Fax: 212-446-2350

*Attorney for:*
  *Plaintiff Animal Science Products, Inc.*
  *Plaintiff The Ranis Company, Inc.*
  *Plaintiff Magno-Humphries Laboratories, Inc.*

**William A. Isaacson, Esq.**
**Tanya Chutkan, Esq.**
**Jennifer Milici, Esq.**
BOIES, SCHILLER & FLEXNER, LLP
5301 Wisconsin Avenue, NW, Suite 800
Washington, D.C. 20015
Tel: 202-237-2727
Fax: 202-237-6131

*Attorneys for:*
  *Plaintiff Animal Science Products, Inc.*
  *Plaintiff The Ranis Company, Inc.*
  *Plaintiff Magno-Humphries Laboratories, Inc.*

**Michael D. Hausfeld, Esq.**
**Brian A. Ratner, Esq.**
**Brent W. Landau Esq.**
COHEN, MILSTEIN, HAUSFELD & TOLL, PLLC
1100 New York Avenue NW
West Tower, Suite 500
Washington, D.C. 20005
Tel: 202-408-4600
Fax: 202-408-4699

*Attorneys for:*
  *Plaintiff Animal Science Products, Inc.*
  *Plaintiff The Ranis Company, Inc.*
  *Plaintiff Magno-Humphries Laboratories, Inc.*

**James T. Southwick, Esq.**
SUSMAN GODFREY LLP
1000 Louisiana, Suite 5100
Houston, TX 77002
Tel: 713-651-9366
Fax: 713-654-6666

*Attorneys for:*
  *Plaintiff Animal Science Products, Inc.*
  *Plaintiff The Ranis Company, Inc.*
  *Plaintiff Magno-Humphries Laboratories, Inc.*

**James I. Serota, Esq.**
**Kenneth Lapatine, Esq.**
GREENBERG TRAURIG, LLP
Met Life Building
200 Park Avenue
New York, New York 10166
Tel: 212-801-2277
Fax: 212-801-6400

*Attorneys for Defendant Northeast Pharmaceutical Group Co., Ltd.*

**Gary R. Greenberg, Esq.**
**Annapoorni R. Sankaran, Esq.**
GREENBERG TRAURIG, LLP
One International Place
Boston, MA 02110
Tel: 617-310-6000

*Attorneys for Defendant Northeast Pharmaceutical Group Co., Ltd.*

**Frank E. Merideth, Esq.**
GREENBERG TRAURIG, LLP
2450 Colorado Avenue, Suite 400 E
Santa Monica, CA  90404
Tel: 310-586-7700

*Attorneys for Defendant Northeast*
*Pharmaceutical Group Co., Ltd.*

**Daniel S. Mason, Esq.**
**Joseph W. Bell, Esq.**
**Athena Hou, Esq.**
ZELLE HOFMANN VOELBEL MASON &
    GETTE, LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94101
Tel: 415-693-0700
Fax: 415-693-0770

*Attorneys for Defendants:*
   *Weisheng Pharmaceutical Co., Ltd. and*
   *China Pharmaceutical Group, Ltd.*

**Dale C. Christensen, Jr., Esq.**
SEWARD & KISSEL, LLP
One Battery Park Plaza
New York, New York 10004
Tel: (212) 574-1589
Fax: (212) 480-8421

*Attorneys for Defendants:*
   *Weisheng Pharmaceutical Co., Ltd. and*
   *China Pharmaceutical Group, Ltd.*

**Charles H. Critchlow, Esq.**
**Darrell Prescott, Esq.**
**Douglas M. Tween, Esq.**
BAKER & McKENZIE, LLP
1114 Avenue of the Americas
New York, New York 10036-7703
Tel: 212-626-4496
Fax: 212-626-4120

*Attorneys for Defendant Hebei Welcome*
*Pharmaceutical Co. Ltd.*

**William Gerald McElroy, Jr., Esq.**
ZELLE HOFMANN VOELBEL MASON &
    GETTE, LLP
950 Winter Street, Suite 1300
Waltham, MA 02451

*Attorneys for Defendants:*
   *Weisheng Pharmaceutical Co., Ltd.*
   *and China Pharmaceutical Group, Ltd.*

**Patricia K. Oliver**
LINER YANKELEVITZ SUNSHINE &
REGENSTREIF LLP
1100 Glendon Avenue - 14th Floor
Los Angeles, California 90024
Tel: (310) 500-3500
Fax: (310) 500-3501

*Attorneys for Defendant Legend Ingredients*
*Group, Inc.*