

| | SIDLEY AUSTIN LLP<br>787 SEVENTH AVENUE<br>NEW YORK, NY 10019<br>(212) 839 5300<br>(212) 839 5599 FAX | BEIJING<br>BRUSSELS<br>CHICAGO<br>DALLAS<br>FRANKFURT<br>GENEVA<br>HONG KONG<br>LONDON | LOS ANGELES<br>NEW YORK<br>SAN FRANCISCO<br>SHANGHAI<br>SINGAPORE<br>SYDNEY<br>TOKYO<br>WASHINGTON, D.C. |
|---|---|---|---|
| | jmitnick@sidley.com<br>212-839-5871 | FOUNDED 1866 | |

January 22, 2008

**By Facsimile and ECF**

The Honorable James Orenstein
United States Magistrate Judge
U. S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    In re Vitamin C Antitrust Litigation, No. 06 MD 1738 (DGT) (JO)

Dear Magistrate Judge Orenstein,

    I am in receipt of your Order dated January 22, 2008 in which you invite the Ministry of Commerce ("Ministry") of the People's Republic of China to submit a letter with respect to certain issues relating to depositions that have been noticed in the pending action. I have sent a copy of the Order to my Firm's Beijing office for translation and prompt delivery to the Ministry.

    I note that I read Your Honor's Order to invite the Ministry to submit a response by Friday, January 24, 2000. Holding aside the 13-hour time difference between New York and Beijing, and that the subject matter of Your Honor's Order is one that I have never discussed with the Ministry, the Ministry is an administrative authority of a foreign sovereign that will be subject to certain internal deliberative processes that are not necessarily compatible with the time frame of Your Honor's invitation. Nevertheless, I will forward the Ministry's response, if authorized, as soon as possible.

                                        Respectfully submitted,

                                        Joel M. Mitnick
                                        Counsel for Amicus the Ministry of Commerce of
                                        the People's Republic of China

cc:  Liaison Counsels by Email