UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re VITAMIN C ANTITRUST LITIGATION | ) ) ) ) 1:06-MD-01738 (DGT) (JO) |
| THIS DOCUMENT RELATES TO: ANIMAL SCIENCE PRODUCTS, INC., et al. <br><br>Plaintiffs,<br>v.<br>HEBEI WELCOME PHARMACEUTICAL CO. LTD., et al.<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) CV-05-453 ) ) ) ) ) ) ) |

PLAINTIFF ANIMAL SCIENCE PRODUCTS, INC.'S
NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION
(INJUNCTION CLASS)

TO DEFENDANTS AND THEIR COUNSEL OF RECORD:

**PLEASE TAKE NOTICE** that Plaintiff Animal Science Products, Inc. hereby moves this Court to certify the following class under Federal Rule of Civil Procedure 23:

> All persons or entities, or assignees of such persons or entities, who purchased vitamin C manufactured by Defendants for delivery in the United States, other than pursuant to a contract with a Defendant containing an arbitration clause, requiring injunctive relief against Defendants to end Defendants' antitrust violations.

Plaintiff requests that the Court designate Animal Science Products, Inc. as class representative.

This motion is based on this Notice of Motion and Motion and the Memorandum in Support of Animal Science Products, Inc.'s Motion for Class Certification, attached hereto; the supporting

741557v1/008808

exhibits; and any oral argument that the Court may allow on a date and at a time to be designated by the Court.

Dated: April 11, 2007

Respectfully submitted,

/s/ *James T. Southwick*
William A. Isaacson
Tanya Chutkan
Brian C. Baker
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue, NW, Suite 800
Washington, DC  20015
Tel.:  (202) 237-2727
Fax:  (202) 237-6131

Alanna Rutherford (AR-0497)
BOIES, SCHILLER & FLEXNER LLP
575 Lexington Avenue, 7th Floor
New York, New York 10022
Tel:  (212) 446-2300
Fax:  (212) 446-2350

Michael D. Hausfeld
Brian A. Ratner
COHEN, MILSTEIN, HAUSFELD &
   TOLL, P.L.L.C.
1100 New York Avenue, NW
West Tower, Suite 500
Washington, DC  20005
Tel.:  (202) 408-4600
Fax:  (202) 408-4699

James T. Southwick
Shawn L. Raymond
Suyash Agrawal
SUSMAN GODFREY L.L.P
1000 Louisiana, Suite 5100
Houston, TX  77002
Tel.:  (713) 651-9366
Fax:  (713) 654-6666

*Counsel for Plaintiffs*
*Animal Science Products, Inc. and The Ranis Company, Inc.*

## CERTIFICATE OF SERVICE

I, hereby certify that a true and correct copy of PLAINTIFF ANIMAL SCIENCE PRODUCTS, INC.'S NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION was served on this 11th day of April, 2006 on each of the persons on the attached Service List., via Federal Express.

/s/ *Suyash Agrawal*
Suyash Agrawal

## Service List

***Attorneys for Defendant Hebei Welcome Pharmaceutical Co., Ltd.***
Charles H. Critchlow, Esq.
Darrell Prescott, Esq.
Douglas M. Tween, Esq.
Baker & McKenzie LLP
1114 Avenue of the Americas
New York, NY 10036
Charles.H.Critchlow@bakernet.com
Darrell.Prescott@bakernet.com
Douglas.Tween@bakernet.com


***Attorneys for Jiangsu Jiangshan Pharmaceutical Co., Ltd.***
Stephen V. Bomse, Esq.
Heller Ehrman LLP
333 Bush Street
San Francisco, CA 94104
stephen.bomse@hellerehrman.com

Richard S. Goldstein, Esq.
Heller Ehrman LLP
Times Square Tower
7 Times Square
New York, NY 10036
richard.goldstein@hellerehrman.com

Jonathan M. Palmer, Esq.
Heller Ehrman LLP
One Exchange Square, 35th Floor
8 Connaught Road
Central
Hong Kong
jonathan.palmer@hellerehrman.com


***Attorneys for Defendant Northeast Pharmaceutical Group Co., Ltd.***
James I. Serota, Esq.
Kenneth Lapatine, Esq.
Rachel Izower, Esq.
Greenberg Traurig, LLP
200 Park Avenue
New York, NY 10166
serotaj@gtlaw.com
lapatinek@gtlaw.com

izowerr@gtlaw.com

***Attorneys for Defendants Weisheng Pharmaceutical Co., Ltd.,
Shijiazhuang Pharmaceutical (USA) Inc., and China Pharmaceutical Group, Ltd.***
Daniel S. Mason, Esq.
Joseph Bell, Esq.
Athena Hou, Esq.
Zelle, Hoffman, Voelbel, Mason & Gette LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
dmason@zelle.com
jbell@zelle.com
ahou@zelle.com

David Boies III
Timothy Battin
Straus & Boies, LLP
4041 University Drive
Fairfax, VA 22030
Tel.: 703-764-8700
Fax: 703-764-8704
dboies@straus-boies.com
tbattin@straus-boies.com

Kenneth G. Walsh
Straus & Boies, LLP
2 Depot Plaza, Suite 203
Bedford Hills, NY 10507
Tel.: 914-244-3200
Fax: 914-244-3260
kwalsh@straus-boies.com

Daniel E. Gustafson
Daniel C. Hedlund
Amanda M. Martin
Gustafson Gluek PLLC
650 Northstar East
608 Second Avenue South
Minneapolis, MN 55402
Tel.: 612-333-8844
Fax: 612-339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
amartin@gustafsongluek.com

Sylvie K. Kern

Glancy Binkow & Goldberg LLP
455 Market Street, Suite 1810
San Francisco, CA 94105
Tel.: 415-972-8160
Fax: 415-972-8166
skern@glancylaw.com

R. Alexander Saveri
Saveri & Saveri, Inc.
111 Pine Street, Suite 1700
San Francisco, CA 94111
Tel.: 415-217-6810
Fax: 415-217-6813
rick@saveri.com