UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
IN RE
VITAMIN C ANTITRUST LITIGATION          ORDER

This document refers to: ALL ACTIONS          MDL 06-1738 (DGT) (JO)
-----------------------------------------------------------X

**JAMES ORENSTEIN, Magistrate Judge:**

      Attorney Besrat J. Gebrewold ("Gebrewold") is permitted to argue or try this case as co-counsel with Charles E. Tompkins.  By May 1, 2008, Gebrewold shall register for ECF.  Registration is available online at the EDNY's homepage.  Once registered, Gebrewold shall file a notice of appearance and ensure that he receives electronic notification of activity in this case.  Gebrewold shall also ensure that the $25 admission fee be submitted to the Clerk's Office.

      **SO ORDERED:**

Dated: Brooklyn, New York
       April 24, 2008

                                                          /s/ James Orenstein
                                                          JAMES ORENSTEIN
                                                          United States Magistrate Judge