

| | | |
|---|---|---|
| SIDLEY AUSTIN LLP<br>787 SEVENTH AVENUE<br>NEW YORK, NY 10019<br>(212) 839 5300<br>(212) 839 5599 FAX | BEIJING<br>BRUSSELS<br>CHICAGO<br>DALLAS<br>FRANKFURT<br>GENEVA<br>HONG KONG<br>LONDON | LOS ANGELES<br>NEW YORK<br>SAN FRANCISCO<br>SHANGHAI<br>SINGAPORE<br>SYDNEY<br>TOKYO<br>WASHINGTON, D.C. |
| jmitnick@sidley.com<br>(212) 839-5871 | FOUNDED 1866 | |

June 9, 2008

**FILED BY ECF**
**COURTESY COPY BY HAND**

The Honorable David G. Trager
United States District Court Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *In re: Vitamin C Antitrust Litigation*, MDL No. 1738

Dear Judge Trager:

    On behalf of our client, *amicus* The Ministry of Commerce of the People's Republic of China (the "Ministry"), I enclose (i) a Chinese language original of the Ministry's "Statement In *In Re Vitamin C Antitrust Litigation*," dated June 9, 2008, and (ii) a Ministry authorized translation of that Statement.

    The Ministry again asks me to thank the Court for its courtesies in permitting the Ministry to make this *amicus* filing.

                                                              Respectfully submitted,

                                                             Joel M. Mitnick
                                                             Counsel for *Amicus* The Ministry
                                                              of Commerce of the People's
                                                              Republic of China

Attachments

Sidley Austin LLP is a limited liability partnership practicing in affiliation with other Sidley Austin partnerships

NY1 6659703v.1