UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re VITAMIN C ANTITRUST LITIGATION | MASTER FILE 1:06-MDL-01738 (DGT) (JO) |
| THIS DOCUMENT RELATES TO: ANIMAL SCIENCE PRODUCTS, INC., et al. Plaintiffs, v. HEBEI WELCOME PHARMACEUTICAL CO. LTD., et al. Defendants. | Case No. 1:05-CV-453 (DGT) (JO) |

### DEFENDANT LEGEND INGREDIENTS GROUP, INC.'S NOTICE OF WITHDRAWAL OF ITS MOTION TO DISMISS AND JOINDER IN DEFENDANTS' OPPOSITION TO MOTION FOR CLASS CERTIFICATION

Pursuant to Plaintiffs' Notice of Voluntary Dismissal of Defendant Legend Ingredients Group, Inc. ("Legend") (D.E. 308), Legend hereby gives notice of its withdrawal of its Motion to Dismiss Second Amended Complaint (D.E. 222) and its joinder in Defendants' Supplemental Memorandum in Opposition to Motion for Class Certification (D.E. 234).

Dated: June 20, 2008

*/s/ Patricia K. Oliver*

Patricia K. Oliver
LINER YANKELEVITZ SUNSHINE
 & REGENSTREIF LLP
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024.3503
Tel: (310) 500-3500
Fax: (310) 500-3501

*Counsel for Defendant Legend Ingredients Group, Inc.*