**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
IN RE
VITAMIN C ANTITRUST LITIGATION                    **PRETRIAL ORDER 7**

This document refers to: ALL ACTIONS              MDL 06-1738 (DGT) (JO)
-----------------------------------------------------------X

**JAMES ORENSTEIN, Magistrate Judge:**

        I have reminded counsel repeatedly about the importance of avoiding the multiplication

of electronic filings when docketing a submission in the Master File of this multidistrict

litigation.  Most recently, I reminded counsel at a conference before me on May 8, 2008.  Docket

Entry ("DE") 311 at 3 (Transcript of Proceedings).  More thoroughly, I explained the need to

avoid spreading text in a memorandum distributed to counsel on August 22, 2006.  *See*

Attachment 1.  This obligation has been imposed on counsel almost since this case's inception.

Pretrial Order 1 (Master File docket entry 12) requires any attorney docketing a submission in

this case "[t]o avoid duplicate filings and notice of filings [by] select[ing] NO when prompted

whether to spread text."  Pretrial Order 1 at 2.  Counsel is reminded for a final time to make

certain to file docket submissions *only* in the MDL Master Docket (06-MD-1738).  Do not

"spread text" from the MDL to the dockets of individual cases, and do not docket submissions in

those individuals cases.  Failure to comply with this order will result in an order to show cause

why I should not impose sanctions.

        **SO ORDERED:**

Dated: Brooklyn, New York
        July 11, 2008

                                        /s/ James Orenstein
                                        JAMES ORENSTEIN
                                        United States Magistrate Judge