UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
: 
In re VITAMIN C ANTITRUST LITIGATION   :   Master File 1:06-MD-01738 (DGT)(JO)

This document relates to: ALL ACTIONS
:
: M.D.L. No. 1738
:
-----------------------------------------------------------------X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned attorney of the law firm Greenberg Traurig LLP, hereby appears as counsel for defendant Northeast Pharmaceutical Group Co., Ltd. in the above-captioned action and respectfully requests to be designated as counsel to receive electronic notification through the CM/ECF system.

Dated: New York, New York
        January 22, 2009

/s/ Anastasia A. Angelova
Anastasia A. Angelova
GREENBERG TRAURIG, LLP
200 Park Avenue
New York, New York  10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
E-mail: AngelovaA@gtlaw.com

*Attorneys for Defendant Northeast Pharmaceutical Group Co., Ltd.*