**BAKER & McKENZIE**

Baker & McKenzie LLP
1114 Avenue of the Americas
New York, New York 10036, USA

Tel: +1 212 626 4100
Fax: +1 212 310 1600
www.bakernet.com

Christopher Chinn
Tel: +1 212 626 4942
Christopher.chinn@bakernet.com

**Via ECF and Hand Delivery**

**Asia Pacific**
Bangkok
Beijing
Hanoi
Ho Chi Minh City
Hong Kong
Jakarta
Kuala Lumpur
Manila
Melbourne
Shanghai
Singapore
Sydney
Taipei
Tokyo

**Europe & Middle East**
Almaty
Amsterdam
Antwerp
Bahrain
Baku
Barcelona
Berlin
Bologna
Brussels
Budapest
Cairo
Dusseldorf
Frankfurt / Main
Geneva
Kyiv
London
Madrid
Milan
Moscow
Munich
Paris
Prague
Riyadh
Rome
St. Petersburg
Stockholm
Vienna
Warsaw
Zurich

**North & South America**
Bogota
Brasilia
Buenos Aires
Caracas
Chicago
Chihuahua
Dallas
Guadalajara
Houston
Juarez
Mexico City
Miami
Monterrey
New York
Palo Alto
Porto Alegre
Rio de Janeiro
San Diego
San Francisco
Santiago
Sao Paulo
Tijuana
Toronto
Valencia
Washington, DC

March 27, 2009

Honorable David G. Trager
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   In re Vitamin C Antitrust Litigation, No. 06-MDL-1738 (DGT/JO):  This Document Relates to:  *Animal Science et. al. v. Hebei Welcome Pharmaceutical Co., Ltd. et al.,* No. 05-cv-00453 (DGT/JO)

Dear Judge Trager:

In accordance with Your Honor's individual motion practices, please find attached a "Confidential and Lawyers Only" courtesy copy of all motion papers in the **Motion to Dismiss** by Defendants North China Pharmaceutical Group Corp., North China Pharmaceutical Co., Ltd., and North China Pharmaceutical Group International Trade Co., Ltd. (f/k/a North China Pharmaceutical Group Import and Export Trade Co., Ltd.).

Because the motion papers contain material designated Confidential and Lawyers Only under the terms of the Stipulated Protective Order (D.E. 133) in this case, these papers are being filed under seal.

The attached motion papers, all of which are designated Confidential and Lawyers Only, consist of:

1. **Notice of Motion and Motion to Dismiss** annexing (a) **Declaration of Yang Jianfu** in Support of Motion of North China Pharmaceutical Group Corp. to Dismiss; (b) **Declaration of Li Dongjiu** in Support of Motion of Defendant North China Pharmaceutical Co., Ltd. to Dismiss; (c) **Declaration of Wang Yunxiao** in Support of Motion of Defendant North China Pharmaceutical International Trade Co., Ltd. to Dismiss.

2. **Memorandum of Law in Support of Motion to Dismiss by North China Pharmaceutical Group Corp., North China Pharmaceutical Co., Ltd., and North China Pharmaceutical Group International Trade Co., Ltd.**

3. **Plaintiffs' Opposition to The North China Defendants' Motion to Dismiss**

**BAKER & M<sup>c</sup>KENZIE**

4. **Declaration of Suyash Agrawal in Support of Plaintiffs' Opposition to the North China Defendants' Motion to Dismiss**

5. **Reply Memorandum in Support of Motion to Dismiss**

6. **Declaration of Christopher Chinn in Support of Motion to Dismiss**

Very truly yours,

Christopher Chinn

Copy to Counsel on Attached Service List

Copy to Honorable Magistrate Judge James Orenstein
    United States District Court
    225 Cadman Plaza East
    Broolyn, New York 11201

**BAKER & McKENZIE**

## SERVICE LIST

William A. Isaacson, Esq.
Tanya Chutkan, Esq.
Brian C. Baker, Esq.
Jennifer Milici, Esq.
Boies, Schiller & Flexner, LLP
5301 Wisconsin Avenue, NW, Suite 800
Washington, D.C. 20015
wisaacson@bsfllp.com
tchutkan@bsfllp.com
bbaker@bsfllp.com
jmilici@bsfllp.com
*Attorneys for Plaintiffs Animal Science
Products, Inc., The Ranis Company, Inc.,
and Magno-Humphries Laboratories, Inc.*

Alana C. Rutherford, Esq.
Boies, Schiller & Flexner LLP
575 Lexington Avenue, 7th Floor
New York, New York 10022
arutherford@bsfllp.com
*Attorneys for Plaintiffs Animal Science
Products, Inc., The Ranis Company, Inc., and
Magno-Humphries Laboratories, Inc.*

Michael E. Hausfeld, Esq.
Brent W. Landau, Esq.
Brian A. Ratner, Esq.
Hausfeld LLP
1700 K. St., NW – Suite 650
mhausfeld@hausfeldllp.com
blandau@hausfeldllp.com
bratner@hausfeldllp.com
*Attorneys for Plaintiffs Animal Science
Products, Inc., The Ranis Company, Inc.,
and Magno-Humphries Laboratories, Inc.*

James T. Southwick, Esq.
Shawn L. Raymond, Esq.
Suyash Agrawal, Esq.
Susman Godfrey, LLP
1000 Louisiana, Suite 5100
Houston, TX 77002
jsouthwick@susmangodfrey.com
sraymond@susmangodfrey.com
sagrawal@susmangodfrey.com
*Attorneys for Plaintiffs Animal Science
Products, Inc., The Ranis Company, Inc., and
Magno-Humphries Laboratories, Inc.*

**BAKER & MCKENZIE**

Timothy Battin, Esq.
Ian Otto, Esq.
Straus & Boies, LLP
4041 University Drive
Fairfax, VA 22030
tbattin@straus-boies.com
iotto@straus-boies.com
*Attorneys for State Indirect Purchasers*

Daniel E. Gustafson, Esq.
Daniel C. Hedlund, Esq.
Amanda M. Martin, Esq.
Gustafson Gluek PLLC
650 Northstar East
608 Second Avenue South
Minneapolis, MN 55402
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
amartin@gustafsongluek.com
*Attorneys for State Indirect Purchasers*

R. Alexander Saveri, Esq.
Saveri & Saveri, Inc.
706 Sansome Street
San Francisco, CA 94111
rick@saveri.com
*Attorneys for State Indirect Purchasers*

Kenneth G. Walsh, Esq.
Kirby McInerney LLP
830 Third Avenue
10th Floor
New York, NY 10022
kwalsh@kmllp.com
*Attorneys for State Indirect Purchasers*

BAKER & McKENZIE

Charles H. Critchlow, Esq.
Darrell Prescott, Esq.
Christopher Chinn, Esq.
Baker & McKenzie LLP
1114 Avenue of the Americas
New York, NY 10036
Charles.H.Critchlow@bakernet.com
Darrell.Prescott@bakernet.com
James.Bailey@bakernet.com
Christopher.Chinn@bakernet.com
*Attorneys for Defendant*
*Hebei Welcome Pharmaceutical Co., Ltd.*

Richard S. Goldstein, Esq.
Annabelle Chan, Esq.
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103
rgoldstein@orrick.com
*Attorneys for Defendant Jiangsu Jiangshan*
*Pharmaceutical Co., Ltd.*

James I. Serota, Esq.
Kenneth Lapatine, Esq.
Anastasia A. Angelova, Esq.
Greenberg Traurig, LLP
200 Park Avenue
New York, NY 10166
serotaj@gtlaw.com
lapatinek@gtlaw.com
izowerr@gtlaw.com
aangelova@gtlaw.com
*Attorneys for Defendant Northeast Pharmaceutical*
*Group Co., Ltd.*

Jonathan M. Palmer, Esq.
Orrick, Herrington & Sutcliffe LLP
719 Second Avenue, Suite 900
Seattle, WA 98104-7097
jmpalmer@orrick.com
*Attorneys for Jiangsu Jiangshan Pharmaceutical Co.,*
*Ltd.*

Stephen V. Bomse, Esq.
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
sbomse@orrick.com
*Attorneys for Defendant Jiangsu Jiangshan*
*Pharmaceutical Co., Ltd.*

Daniel S. Mason, Esq.
Joseph Bell, Esq.
Athena Hou, Esq.
Zelle Hofmann Voelbel & Mason LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
dmason@zell.com
jbell@zelle.com
ahou@zelle.com
*Attorney for Defendants Weisheng Pharmaceutical*
*Co., Ltd. and China Pharmaceutical Group, Ltd.*