

ORRICK, HERRINGTON & SUTCLIFFE LLP
666 FIFTH AVENUE
NEW YORK, NEW YORK 10103-0001

tel +1-212-506-5000
fax +1-212-506-5151

WWW.ORRICK.COM

Richard S. Goldstein
(212) 506-5325
rgoldstein@orrick.com

November 23, 2009

**VIA ECF (cover only) & BY HAND**

The Honorable David G. Trager
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   In re Vitamin C Antitrust Litigation
      (06-MD-1738 (DGT) (JO))

Dear Judge Trager:

I represent defendants Jiangsu Jiangshan Pharmaceutical Co., Ltd. ("Jiangshan") and JSPC America, Inc. ("JSPCA") in the above-referenced litigation.

On behalf of defendants Jiangshan; Hebei Welcome Pharmaceutical Co., Ltd.; Northeast Pharmaceutical Group Co., Ltd.; and Shijiazhuang Pharma. Weisheng Pharmaceutical (Shijiazhuang) Co., Ltd., enclosed please find courtesy copies of the following documents:

- Notice of Motion for Defendants' Motion for Summary Judgment or, in the Alternative, for Determination of Foreign Law and Entry of Judgment Pursuant to Rule 44.1, Fed. R. Civ. P.;

- Defendants' Local Rule 56.1 Statement in Support of Their Motion for Summary Judgment;

- Memorandum of Law in Support of Defendants' Motion for Summary Judgment or, in the Alternative, for Determination of Foreign Law and Entry of Judgment Pursuant to Rule 44.1, Fed. R. Civ. P.;

- Declaration of Annabelle Chan in Support of Defendants' Motion for Summary Judgment or, in the Alternative, for Determination of Foreign Law and Entry of Judgment Pursuant to Rule 44.1, Fed. R. Civ. P.;


ORRICK

The Honorable David G. Trager
November 23, 2009
Page 2

- Defendants' Exhibits attached to Declaration of Annabelle Chan in Support of Defendants' Motion for Summary Judgment or, in the Alternative, for Determination of Foreign Law and Entry of Judgment Pursuant to Rule 44.1, Fed. R. Civ. P. and DVD containing same;

- Plaintiffs' Memorandum in Opposition to Defendants' Motion for Summary Judgment or, in the Alternative, for Determination of Foreign Law and Entry of Judgment;

- Plaintiffs' Responses to Defendants' Local Rule 56.1 Statement in Support of Their Motion for Summary Judgment;

- Declaration of Jennifer Milici in Support of Plaintiffs' Memorandum in Opposition to Defendants' Motion For Summary Judgment or, in the Alternative, for Determination of Foreign Law and Entry of Judgment;

- Plaintiffs' Exhibits attached to Declaration of Jennifer Milici in Support of Plaintiffs' Memorandum in Opposition to Defendants' Motion For Summary Judgment or, in the Alternative, for Determination of Foreign Law and Entry of Judgment and DVD containing same;

- Reply Memorandum of Law in Support of Defendants' Motion for Summary Judgment or, in the Alternative, for Determination of Foreign Law and Entry of Judgment Pursuant to Rule 44.1, Fed. R. Civ. P.;

- Declaration of Steven Newmark in Support of Defendants' Motion for Summary Judgment or, in the Alternative, for Determination of Foreign Law and Entry of Judgment Pursuant to Rule 44.1, Fed. R. Civ. P.;

- Defendants' Exhibits to Declaration of Steven Newmark in Support of Defendants' Motion for Summary Judgment or, in the Alternative, for Determination of Foreign Law and Entry of Judgment Pursuant to Rule 44.1, Fed. R. Civ. P.; and

- Statement in *In Re Vitamin C Antitrust Litigation*, 06-MD-1738 (DGT), of the Ministry of Commerce of the People's Republic of China, dated August 31, 2009.


ORRICK

The Honorable David G. Trager
November 23, 2009
Page 3

Further, on behalf of defendant JSPCA, enclosed please find courtesy copies of the following documents:

- Notice of Motion for JSPC America, Inc.'s Motion for Summary Judgment;

- Defendant JSPC America, Inc.'s Local Rule 56.1 Statement in Support of Its Motion for Summary Judgment;

- Defendant JSPC America, Inc.'s Memorandum of Law in Support of Its Motion for Summary Judgment;

- Declaration of Richard S. Goldstein in Support of JSPC America, Inc.'s Motion for Summary Judgment;

- Defendant JSPC America, Inc.'s Exhibits attached to Declaration of Richard S. Goldstein in Support of JSPC America, Inc.'s Motion for Summary Judgment and DVD containing same;

- Plaintiffs' Memorandum in Opposition to Defendant JSPC America, Inc.'s Motion for Summary Judgment;

- Plaintiffs' Responses to Defendant JSPC America, Inc.'s Local Rule 56.1 Statement in Support of Its Motion for Summary Judgment;

- Declaration of Brent W. Landau in Support of Plaintiffs' Opposition to Defendant JSPC America, Inc.'s Motion for Summary Judgment;

- Plaintiffs' Exhibits attached to Declaration of Brent W. Landau in Support of Plaintiffs' Opposition to Defendant JSPC America, Inc.'s Motion for Summary Judgment;

- Defendant JSPC America, Inc.'s Reply Memorandum of Law In Support of Its Motion for Summary Judgment;

- Defendant JSPC America, Inc.'s Responses to Plaintiffs' Statement of Material Facts;



The Honorable David G. Trager
November 23, 2009
Page 4

- Reply Declaration of Richard S. Goldstein In Support of JSPC America, Inc.'s Motion for Summary Judgment; and

- Defendant JSPC America, Inc.'s Exhibit attached to Reply Declaration of Richard S. Goldstein in Support of JSPC America, Inc.'s Motion for Summary Judgment.

We note that certain exhibits to the various declarations have been filed under seal pursuant to the confidentiality order in place in the above-referenced litigation. In some instances, documents filed under seal also have been filed publicly in a redacted form agreed to by Plaintiffs and Defendants. The Court's courtesy copies do, of course, contain all exhibits to all declarations. Those documents contained in the Court's courtesy copies that have been filed under seal bear a legend indicating as much.

Respectfully submitted,

Richard S. Goldstein

Enclosures

cc: Counsel on the attached service list (w/o enclosures) (via Email)
The Honorable James Orenstein, U.S. Magistrate Judge (via FedEx)

OHS East:160625728

## SERVICE LIST

BOIES, SCHILLER & FLEXNER LLP
William A. Isaacson
5301 Wisconsin Avenue, N.W., Suite 800
Washington, D.C. 20015
Tel: (202) 237-2727
Fax: (202) 237-6131

HAUSFELD LLP
Michael D. Hausfeld
1700 K Street N.W., Suite 650
Washington, D.C. 20006
Tel: (202) 408-4600
Fax: (202) 540-7201

SUSMAN GODFREY LLP
James T. Southwick
1000 Louisiana, Suite 5100
Houston, TX 77002
Tel: (713) 651-9366
Fax: (713) 654-6666
*Counsel for Federal Plaintiffs Animal Science Products, Inc., et al.*

KIRBY MCINERNEY LLP
Kenneth G. Walsh
825 Third Avenue, 16th Floor
New York, NY 10022
Tel: (212) 371-6600

STRAUS & BOIES LLP
David Boies III
4041 University Drive, 5th Floor
Fairfax, VA 22030
Tel: (703) 764-8700
Fax: (703) 764-8704

GUSTAFSON GLUEK PLLC
Daniel E. Gustafson
650 Northstar East, 608 Second Avenue S.
Minneapolis, MN 55402
Tel: (612) 333-8844
Fax: (612) 339-6622

SAVERI & SAVERI, INC.
Guido Saveri
706 Sansome Street
San Francisco, CA 94111
Tel: (415) 217 6810
*Counsel for Putative State Class Plaintiffs*

| | |
|---|---|
| GREENBERG TRAURIG, LLP<br>   James I. Serota<br>   200 Park Avenue<br>   New York, New York  10036<br>   Tel:  (212) 801-2277<br>   Fax:  (212) 801-6400<br>   *Attorneys for Defendant*<br>   *Northeast Pharmaceutical Group Co.,*<br>   *Ltd* | BAKER & McKENZIE LLP<br>   Charles H. Critchlow<br>   1114 Avenue of the Americas<br>   New York, New York  10036-7703<br>   Tel:  (212) 626-4476<br>   Fax:  (212) 626-4120<br>   *Attorneys for Defendant*<br>   *Hebei Welcome Pharmaceutical Co.,*<br>   *Ltd.* |

ZELLE HOFFMAN
VOELBEL & MASON LLP
   Daniel Mason
   44 Montgomery Street, Suite 3400
   San Francisco, CA  94101
   Tel:  (415) 693-0700
   Fax:  (415) 693-0770

   *Attorneys for Defendant*
   *Shijiazhuang Pharma. Weisheng*
   *Pharmaceutical (Shijiazhuang) Co.,*
   *Ltd.*

OHS East:160594536