# EXHIBIT B

# *GUSTAFSON GLUEK PLLC*

## *Firm Résumé*

### *May 2012*

Gustafson Gluek PLLC is a Minneapolis law firm with a national practice, with emphasis in antitrust, consumer protection and class action litigation.  The four members of the firm have over seventy years of experience in these areas, as well as in the areas of intellectual property litigation involving patents, trademarks and trade dress, complex business litigation, and securities fraud litigation.

Gustafson Gluek PLLC practices before state and federal courts throughout the country and works with and opposes some of the nation's largest companies and law firms.  The firm was formed in May 2003.

## Daniel E. Gustafson

Daniel E. Gustafson is a founding member of Gustafson Gluek PLLC.  He is a *magna cum laude* graduate of the University of North Dakota with majors in Economics and Sociology (B.A. 1986) and a *cum laude* graduate of the University of Minnesota Law School (J.D. 1989). He was a member of the Minnesota Law Review from 1987 to 1989, serving as an Associate Research Editor in 1988-1989.

During law school, he clerked for Opperman & Paquin (1987-1989), a firm that also practiced in the areas of class action, antitrust and consumer protection litigation.

After law school, Mr. Gustafson served as a law clerk to the Honorable Diana E. Murphy, United States District Judge for the District of Minnesota (1989-91).

1

After his judicial clerkship, Mr. Gustafson returned to his former firm (then known as Opperman Heins & Paquin) and continued his work in the fields of antitrust and consumer protection class action litigation.

In April 1994, Mr. Gustafson became a founding member and partner in the law firm of Heins Mills & Olson, P.L.C.  Between April 1994 and May 2003, Mr. Gustafson continued his work in antitrust and consumer protection class action litigation and also developed a boutique practice of assisting national patent and intellectual property firms in litigation matters.  In May, 2003, Mr. Gustafson formed Gustafson Gluek PLLC where he continues to practice antitrust and consumer protection class action law.

Mr. Gustafson is admitted to practice in the United States District Court for the District of Minnesota, the United States District Court for the District of North Dakota, the United States Courts of Appeals for the Fifth, Eighth and Eleventh Circuits and in the United States Supreme Court.

Mr. Gustafson is also currently an adjunct professor at the University of Minnesota Law School teaching a semester seminar on the "Fundamentals of Pretrial Litigation."

Mr. Gustafson is a past president of the Federal Bar Association, Minnesota Chapter (2002-2003) and served in various capacities in the Federal Bar Association over the last several years.  Recently, he has been involved in developing the Federal Bar Association's *Pro Se* Project, which coordinates volunteer representation for *pro se* litigants.  He was the Vice-Chair of the 2003 Eighth Circuit Judicial Conference held during July 2003 in Minneapolis (Judge Diana E. Murphy was the Chair of the Conference).  He is a member of the Hennepin County, Minnesota, Federal and American Bar Associations.

In 2001-2011, he was designated by *Law & Politics* magazine as a Minnesota "Super

2

Lawyer," alternately in the fields of business litigation, class actions and antitrust.  "Super Lawyer" selection results from peer nominations, a "blue ribbon" panel review process and independent research on the candidates; no more than 5% of lawyers in Minnesota are selected as "Super Lawyers."  In 2005, Mr. Gustafson was one of only eleven Minnesota attorneys selected as a "Super Lawyer" in the field of antitrust litigation.  Mr. Gustafson was also selected as one of *Minnesota Lawyer's* Attorneys of the Year for 2010.  He was selected based on nominations from across the state.

In June 2005, Mr. Gustafson testified before the U.S. Congressional Commission on Antitrust Modernization.  In addition, Mr. Gustafson has authored or presented numerous seminars and continuing legal education pieces on various topics related to class action litigation, antitrust, consumer protection or legal advocacy.  In September 2011, Mr. Gustafson testified before the House Committee on the Judiciary, Subcommittee on Intellectual Property, Competition and the Internet regarding the proposed merger between Express Scripts and Medco.

Mr. Gustafson is currently or has recently been named as Lead Counsel, Co-Lead Counsel or a member of the Executive Committee in the following cases:  *In re Medtronic, Inc. Sprint Fidelis Leads Products Liability Litig.,* (D. Minn.); *In re National Arbitration Forum Litig.,* (D. Minn.); *In re Comcast Corp, Set-Top Cable Television Box Antitrust Litig.,* (E.D. Pa.); *In re DRAM Antitrust Litig.,* (N.D. Cal. and multiple state court actions); *In re Medtronic, Inc. Implantable Defibrillators Products Liability Litig.* (D. Minn.); *St. Barnabas Hospital, Inc., et al. v. Lundbeck, Inc., et al.,* (D. Minn.); *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litig.,* (E.D.N.Y.); *In re MSG Antitrust Litig.,* (D. Minn.); *In re Vitamin C Antitrust Litig.,* (E.D.N.Y.) (indirect purchaser class); *In re Flash Memory Antitrust Litig.,* (N.D.

Cal.); *Precision Assocs., Inc. v. Panalpina World Transport (Holding) Ltd.* (E.D.N.Y.); *Aspartame Antitrust Litig.*, (E.D. Pa.) (direct purchaser class); and *Yarrington v. Solvay Pharmaceuticals, Inc. et al.*, (D. Minn.).

Mr. Gustafson is currently or has recently been actively involved in the representation of plaintiffs and plaintiff classes in numerous cases, including: *In re Wellbutrin XL Antitrust Litig.*, (E.D. Pa.); *In re Androgel Antitrust Litig.*, (N.D. Ga.); *In re Wellbutrin SR/Zyban Direct Purchaser Antitrust Litig.*, (E.D. Pa.); *In re Dry Max Pampers Litig.*, (S. D. Ohio); *Dryer, et al. v. Nat'l Football League*, (D. Minn.); *In re Ready-Mixed Concrete Antitrust Litig.*, (S.D.Ind.); *In re Intel Corp Microprocessor Antitrust Litig.*, (D. Del.); *In re Urethane Antitrust Litig.*, (D. Kan.); *SAJ Distributors, Inc., et al. v. SmithKline Beecham Corp. et al.*, (E.D. Va.) ("*Augmentin*"); and *Iverson et al. v. Pfizer, Inc. et al.*, (D. Minn.) ("*Canadian Prescription Drugs*"); *In re Cathode Ray Tube Antitrust Litig.*, (N.D. Cal.); *In re Flat Glass Antitrust Litig. (II)*, (W.D. Pa.); *In re TFT-LCD (Flat Panel) Antitrust Litig.*, (N.D. Cal.); *In re Air Cargo Shipping Services Antitrust Litig.* (E.D.N.Y.).

He also has participated in the representation of plaintiff classes in other cases, including: *In re BP Propane Indirect Purchaser Antitrust Litig.*, (N.D. Ill.)*; Lief et al. v. Archer Daniels Midland Co., et al.*, (D. Minn) ("*Indirect MSG*"); *In re Premarin Antitrust Litig.*, (S.D. Ohio); *Blevins v. Wyeth-Ayerst Labs., Inc.*, (Cal. Super. Ct.); *Ellerbrake v. Campbell Hausfeld*, (20th Jud. Ct. Ill.) ("*Air Compressors*"); *Nichols et al. v. Smithkline Beecham Corp.*, (E.D. Pa.) ("*Paxil*"); *Heerwagen v. Clear Channel Communications, Inc.*, (S.D.N.Y.); *Wiginton v. CB Richard Ellis*, (N.D. Ill.); *Samples v. Monsanto Co.*, (E.D. Mo.) ("*Bio Seeds*"); *In re Magnetic Audiotape Antitrust Litig.*, (S.D.N.Y.); *In re Terazosin Hydrochloride Antitrust Litig.*, (S.D. Fla.) ("*Hytrin*"); *In re High Pressure Laminates Antitrust Litig.*, (S.D.N.Y.); *High Pressure Laminates*

*Antitrust Litig.*, (multiple state court indirect purchaser actions); *In re Vitamins Antitrust Litig.*, (D.D.C.); *Minnesota Vitamins Antitrust Litig.*, (Minn. 2nd Jud. Dist.); *Infant Formula Antitrust Litig.*, (multiple state court actions; lead trial counsel for Wisconsin action); *Shaw v. Dallas Cowboys Football Club*, (E.D. Pa.) ("*NFL*"); *Thermal Fax Paper Antitrust Litig.* (state court actions in Minnesota, Wisconsin and Florida) ("*Fax Paper*"); *Lazy Oil, Inc. v. Witco Corp.*, (W.D. Pa.) ("*Penn Grade*"); *In re Molybdenum Antitrust Litig.*, (W.D. Pa.); *In re Motorsports Merchandise Antitrust Litig.*, (N.D. Ga.); *In re Commercial Explosives Antitrust Litig.*, (D. Utah); *In re Diamonds Antitrust Litig.*, (S.D.N.Y.); *In re Drill Bits Antitrust Litig.*, (S.D. Tex.); *In re Catfish Antitrust Litig.*, (D. Miss.); *In re Steel Drums Antitrust Litig.*, (S.D. Ohio); *In re Steel Pails Antitrust Litig.*, (S.D. Ohio); *In re Bulk Popcorn Antitrust Litig.*, (D. Minn.); *In re Workers' Compensation Ins. Antitrust Litig.*, (D. Minn.); *Cimarron Pipeline Constr., Inc. v. National Council on Compensation Ins.*, (W.D. Okla.); *Schmulbach v. Pittway Corp.*, (Ill., 11th Jud. Dist.) ("*Smoke Detectors*"); *In re Commercial Tissue Antitrust Litig.*, (N.D. Fla.); *In re Sodium Gluconate Antitrust Litig.*, (N.D. Cal.); and *AL Tech Specialty Steel Corp. v. UCAR Int'l.*, (E.D. Pa.) ("*Specialty Steel*").

Mr. Gustafson is also currently or has recently been involved in other non-class complex litigation concerning antitrust, consumer protection, contract, unfair competition, trademark and patent infringement claims, including: *Synthes USA, LLC v. Spinal Kinetics* (N.D. Cal.); *KBA-Giori, North America, Inc., v. Muhlbauer, Inc.*, (E.D. Va.) ("*KBA II*"); *KBA-Giori, North America, Inc., v. Muhlbauer, Inc.*, (E.D. Va.) ("*KBA I*"); *Spine Solutions, Inc., v. Medtronic Sofamor Danek, Inc.*, (W.D. Tenn.); *Harmon v. Innomed Technologies, Inc.*, (S.D. Ga); *J.D. Edwards World Solutions Company Arbitrations*, (AAA) (trial counsel for Quantegy and

5

Amherst); *INO Therapeutics, Inc., v. SensorMedics Corp.*, (D.N.J.); and *In re National Metal Technologies, Inc.*, (S.D. Cal.).

He also has represented parties in other unfair competition, trademark, and patent infringement cases, including: *Transclean Corp. v. MotorVac Technologies, Inc.*, (D. Minn.); *Ryobi Ltd. v. Truth Hardware Corp.*, (D. Minn.); *Minnesota Mining & Mfg. Co. v. Fellowes Mfg. Co.*, (D. Minn.); *Eastman Kodak Co. v. Minnesota Mining & Mfg. Co.*, (W.D.N.Y.); *On Assignment, Inc. v. Callander*, (Minn., 4th Jud. Dist.); and *Rainforest Cafe, Inc., v. Amazon, Inc.*, (D. Minn.); *Medical Graphics Corp. v. SensorMedics Corp.*, (D. Minn.); *Medtronic, Inc., v. Intermedics Inc.*, (D. Minn.); *Cardiac Pacemakers, Inc., v. Robert Warner*, (D. Minn.); *Cardiac Pacemakers, Inc., v. Intermedics Inc.*, (D. Minn.); *Birchwood Laboratories v. Citmed Corp.*, (D. Minn.); *Hammond v. Hitachi Power Tools, Inc.*, (D. Minn.); *McCarthy v. Welshman*, (D. Minn.); and *UFE, Inc., v. Alpha Enters., Inc.*, (D. Minn.).

## Karla M. Gluek

Karla M. Gluek is a founding member of Gustafson Gluek PLLC.  She is a graduate of the University of St. Thomas (B.A. 1990) with a major in English (B.A. 1990) and is a *cum laude* graduate of William Mitchell College of Law (J.D. 1993).

During law school she clerked for the Minnesota Attorney General's office (1993-1994). Shortly after graduating from law school Ms. Gluek served as a law clerk to the Honorable Gary Larson, District Judge, Fourth Judicial District of Minnesota (1994).

After her clerkship, Ms. Gluek joined Heins Mills & Olson, P.L.C. as an associate attorney and began her work in antitrust and consumer protection class action litigation.  Ms. Gluek also assisted Mr. Gustafson in the development of his practice assisting national patent and intellectual property firms in litigation matters.  In January 2003, Ms. Gluek became a

6

partner at Heins Mills & Olson, P.L.C. In May, 2003, Ms. Gluek joined Mr. Gustafson in forming Gustafson Gluek PLLC.

She is admitted to practice in the U.S. District Court for the District of Minnesota and the Eighth Circuit Court of Appeals.  Ms. Gluek is a member of the Hennepin County, Minnesota and Federal Bar Associations.

Ms. Gluek is currently, or recently has been actively involved in the representation of plaintiffs and plaintiff classes in numerous cases including: *In re Medtronic, Inc. Sprint Fidelis Leads Products Liability Litigation* (D. Minn.); *In re: National Arbitration Forum Litigation* (D. Minn.);  *In re Wellbutrin XL Antitrust Litigation* (E.D. Pa.); *In Re Dry Max Pampers Litig. (S.D. Ohio); St. Barnabas Hospital, Inc., et al. v. Lundbeck, Inc., et al.,* (D. Minn.); *In re: Androgel Antitrust Litigation* (N.D. Ga.); *In Re: Comcast Corp, Set-Top Cable Television Box Antitrust Litigation* (E.D. Pa);  *In Re: Medtronic, Inc. Implantable Defibrillators Products Liability Litigation* (D. Minn.); *In re Wellbutrin SR/Zyban Direct Purchaser Antitrust Litig.,* (E.D. Pa.); *Dudek v. Medtronic,* (D. Minn.); *SAJ Distributors, Inc., et al. v. SmithKline Beecham Corp. et al.,* (E.D. Va.) ("*Augmentin*"); *Iverson et al. v. Pfizer, Inc. et al.,* (D. Minn) ("*Canadian Prescription Drug*"); *Yarrington v. Solvay Pharmaceuticals, Inc. et al.,* (D. Minn.) ("*Estratest*"); *Lief et al. v. Archer Daniels Midland Co., et al.,* (D. Minn.) ("*Indirect MSG*"); *Ellerbrake v. Campbell Hausfeld,* (20th Jud. Ct. Ill.) ("*Air Compressors*"); *Nichols et al. v. Smithkline Beecham Corp.,* (E.D. Pa.) ("*Paxil*"); *Heerwagen v. Clear Channel Communications, Inc.,* (S.D.N.Y.); *Wiginton v. CB Richard Ellis,* (N.D. Ill.); *Robin Drug Co. v. PharmaCare Management Services Inc.,* (Minn. 4th Jud. Dist.) ("*Pharmacy Underpayment*");

She also has been involved in other class actions and complex cases, including:  *In re MSG Antitrust Litig.,* (D. Minn.) ("*MSG*"); *In re Minnesota Vitamin Antitrust Litig.,* (Minn., 2nd

Jud. Dist.); *Samples v. Monsanto Co.*, (E.D. Mo.) ("*Bio Seeds*"); *In re Terazosin Hydrochloride Antitrust Litig.*, (S.D. Fla.) ("*Hytrin*"); and *In re Magnetic Audiotape Antitrust Litig.*, (S.D.N.Y.); *In re Grand Casinos Inc. Sec. Litig.*, (D. Minn.); *In re Olympic Fin., Ltd. Sec. Litig.*, (D. Minn.); *Schmulbach v. Pittway Corp.*, (Ill., 12th Jud. Dist.) ("*Smoke Detectors*"); *Ruff v. Parex, Inc.*, (N.C. New Hanover Cty. Sup. Ct.) ("*EIFS*"); *Behm v. John Nuveen & Co., Inc.*, (Minn. 4th Jud. Dist.); *Infant Formula Antitrust Litig.*, (multiple state court actions); *In re Prudential Ins. Co. Sales Practices Litig.*, (D.N.J.); *Big Valley Milling, Inc. v. Archer Daniels Midland Co.*, (Minn. 8th Jud. Dist.) ("*Lysine*"); *In re High-Fructose Corn Syrup Antitrust Litig.*, (C.D. Ill.); *Raz v. Archer Daniels Midland Co.*, (Minn. 8th Jud. Dist.) ("*Citric Acid*"); and *S&S Forage Equip. Co. v. Up North Plastics, Inc.*, (D. Minn.) ("*Silage Bags*").

Ms. Gluek also is or has been involved in other non-class complex cases involving antitrust, consumer protection, contract, unfair competition, trademark and patent infringement claims, including: *Synthes USA, LLC v. Spinal Kinetics, Inc.* (N.D. Cal.); *KBA-Giori, North America, Inc., v. Muhlbauer, Inc.* (E.D. Va.) ("*KBA II*"); *KBA-Giori, North America, Inc., v. Muhlbauer, Inc.* (E.D. Va.) ("*KBA I*"); *Spine Solutions, Inc. v. Medtronic Sofamor Danek, Inc.* (W.D. Tenn.); *Harmon v. Innomed Technologies, Inc.*, (S.D. Ga.); *J.D. Edwards World Solutions Company Arbitrations*, (AAA); *INO Therapeutics Inc. v. SensorMedics Corp.*, (D.N.J.); *In re National Metal Technologies, Inc.*, (S.D. Cal.); *Transclean Corp. v. MotorVac Technologies, Inc.*, (D. Minn.); *Cardiac Pacemakers, Inc. v. Warner*, (D. Minn.); *Intermedics, Inc. v. Cardiac Pacemakers, Inc.*, (D. Minn.); *Hammond v. Hitachi Power Tools, Inc.*, (D. Minn.); *Minnesota Mining & Mfg. Co. v. Fellowes Mfg. Co.*, (D. Minn.); *UFE, Inc. v. Alpha Enters., Inc.*, (D. Minn.); *Eastman Kodak Co. v. Minnesota Mining & Mfg. Co.*, (W.D.N.Y.); and *On Assignment, Inc. v. Callander*, (Minn., 4th Jud. Dist.).

**Jason S. Kilene**

Jason S. Kilene is a member in the firm of Gustafson Gluek PLLC.  He is a graduate of the University of North Dakota (B.A. 1991) with a major in Political Science and a graduate of the University of North Dakota School of Law (J.D. 1994, *with distinction*).

After graduating from law school, Mr. Kilene served as law clerk to the Honorable Bruce M. Van Sickle, United States District Judge, District of North Dakota.  Prior to joining Gustafson Gluek in August 2003, Mr. Kilene practiced in the areas of antitrust, securities and business litigation at the law firms of Oppenheimer Wolff & Donnelly, LLP, and Heins Mills & Olson, P.L.C.

He is admitted to practice in Minnesota and North Dakota state courts, and in the United States District Court for the District of Minnesota.  He is also a member of the Hennepin County, Minnesota, North Dakota and Federal Bar Associations.

He is currently or has recently been involved in the representation of plaintiffs and plaintiff classes in numerous cases including:   *In re Optical Disk Drive Antitrust Litig. (N.D. Cal.); Kleen Products LLC, et al. v. Packaging Corporation of America, et al (N.D. Ill.); In re American Express Anti-Steering Rules Antitrust Litig. (E.D.N.Y.); In re Florida Cement and Concrete Antitrust Litig. (S.D. Fla.); In re Photochromic Lens Antitrust Litig. (M.D. Fla.); In re Imprelis Herbicide Marketing, Sales Practices, and Products Liability Litig., In re: Urethane Antitrust Litig.,* (D. CalCalKan.); *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litig.,* (E.D.N.Y.);  *In re: Intel Corp Microprocessor Antitrust Litig.,* (D. Del.); *Carolos Lossada v. Union Oil Company of California,* (Sup. Ct. Cal.); *In re ATM Fee Antitrust Litig.,*

(N.D. Cal.) ("*ATM*"); *Ticho v. Budget Rent A Car System, Inc*., (Sup. Ct. Cal.); *In re BP Propane Indirect Purchaser Antitrust Litig.,* (N.D. Ill.)*; In re Aftermarkets Filters Antitrust Litig.,* (N.D. Ill.); *In re Chocolate Confectionary Antitrust Litig.,* (M.D. Pa.); *In re Cathode Ray Tube Antitrust Litig.,* (N.D. Ca.); *In re Flat Glass Antitrust Litig. (II)*, (W.D. Pa.); *In re Online DVD Rental Antitrust Litig.,* (N.D. Ca.); *In re Steel Antitrust Litig.,* (N.D. Ill.); *Universal Delaware, et. al. v. Comdata Corporation, et. al.,* (E.D. Pa.); *In re Vitamins Antitrust Litig.*, (D.D.C.); *In re Broadcom Corp. Securities Litig.*, (C.D. Cal.); *In re High Pressure Laminates Antitrust Litig.*, (S.D.N.Y.); *Microsoft Indirect Purchaser Antitrust Litig.*, (Minnesota and North Dakota); and *In re Relafen Antitrust Litig.*, (N.D. Cal.).

He has been involved in other complex cases involving antitrust, consumer protection, contract and unfair competition, including:  *In re J.D. Edwards World Solutions Company*, (AAA) (trial counsel for Quantegy and Amherst) and *National Metal Technologies, Inc., et al. v. Alliant Techsystems, Inc. et al.*, (S.D. Cal.) ("NMT").

## **Daniel C. Hedlund**

Daniel C. Hedlund is a member of Gustafson Gluek PLLC.  He is a graduate of Carleton College (B.A. 1989) and is a *cum laude* graduate of the University of Minnesota Law School (J.D. 1995).  He was a Note and Comment Editor and member of the Minnesota Journal of Global Trade from 1993-1995 and a recipient of the Federal Bar Association's John T. Stewart, Jr. Memorial Fund Writing Award (1994).

Mr. Hedlund served as a law clerk to the Honorable Gary L. Crippen, Judge, Minnesota Court of Appeals (1997) and to the Honorable Dolores C. Orey, District Judge, Fourth Judicial District of Minnesota (1995-1996).

Mr. Hedlund has practiced in the areas of antitrust, securities fraud, and consumer protection since 1997.  He is admitted to practice in the U.S. District Court for the District of Minnesota, the Eighth Circuit Court of Appeals, the Second Circuit Court of Appeals, and in Minnesota State Court.  Mr. Hedlund is a member of the Federal, Minnesota, and Hennepin County Bar associations.  Mr. Hedlund is active in the Minnesota Chapter of the Federal Bar Association, currently serving as Vice-President for Monthly Luncheons.  He has previously served as Liaison between the Federal Bar Association and the Minnesota State Bar Association and as Secretary of the Federal Bar Association, Minnesota Chapter.  He currently serves as Secretary for the Consumer Litigation Section of the Minnesota State Bar Association and is President-Elect of the Committee to Support Antitrust Laws.  In addition to presenting at CLE's, he has recently testified before the Minnesota Legislature on competition law.

Mr. Hedlund is currently, or has been actively involved in the representation of plaintiffs and classes in numerous cases, including: *In re DRAM Antitrust Litigation*, (multiple federal and state court actions); *In re Flash Memory Antitrust Litigation* (N.D. Cal.); and *Precision Assocs., Inc. v. Panalpina World Transport (Holding) Ltd.* (E.D.N.Y.); *In re Processed Egg Products Antitrust Litigation* (E.D. Pa.); *In re Refrigerant Compressors Antirust Litigation* (E.D. Mi.); *In re SIGG Switzerland (USA), Inc., Aluminum Bottles Marketing and Sales Practices Litigation* (W.D. Ky.); *In re Air Cargo Shipping Services Antitrust Litigation* (E.D.N.Y.); *In re St. Paul Travelers Securities Litigation II* (D. Minn.); *In re Digital Music Antitrust* (S.D.N.Y.); *In re OSB Antitrust Litigation* (E.D. Pa.); *In re Vitamin C Antitrust Litigation* (E.D.N.Y.); *In re Funeral Consumers Antitrust Litigation* (S.D. Tex.); *McIntosh v. Monsanto Co.* (E.D. Mo.); *In re AOL Time Warner Securities Litigation* (S.D.N.Y.); *In re Commercial Tissue Antitrust Litigation* (N.D. Fla.); *In re Universal Service Fund Telephone Billing Practices Litigation* (D. Kan.); *In re*

*Green Tree Financial Stock Litigation* (D. Minn.); *In re NASDAQ Market-Makers Antitrust Litigation* (S.D.N.Y.); *In re Polypropylene Carpet Antitrust Litigation* (N.D. Ga.); *In re Buffets, Inc. Securities Litigation* (D. Minn.); *In re Mercedes Benz Antitrust Litigation* (D.N.J.); *In re Xcel Energy, Inc. Securities Litigation* (D. Minn.); *In re Blue Cross Subscriber Litigation* (Minn.); *In re MSG Antitrust Litigation* (D. Minn.); *In re Mercury Finance Co. Securities Litigation* (N.D. Ill.); *In re Olympic Financial Securities Litigation* (D. Minn.); and *In re Flat Glass Antitrust Litigation* (W.D. Pa.).

**<u>Amanda M. Williams</u>**

Amanda Williams is a member of Gustafson Gluek PLLC.  She is a *magna cum laude* graduate of Gustavus Adolphus College (B.A. 2001) with a major in Psychology and a graduate of the University of Minnesota Law School (J.D. 2004).  Ms. Williams was admitted to the Minnesota Bar in 2004.

During law school, Ms. Williams studied comparative international law abroad in Greece and served as a judicial extern for the Honorable George W. Perez, Minnesota Tax Court.  Ms. Williams also participated in the Jessup International Law Moot Court.

After graduating from law school Ms. Williams served as law clerk to the Honorable Gordon W. Shumaker, Minnesota Court of Appeals.  She then joined Gustafson Gluek in 2005.

Ms. Williams is an active member of Minnesota Women Lawyers and is serving as the chair of the Law School Scholarship Committee. She is currently, or has been actively, involved in the representation of plaintiffs and plaintiff classes in numerous cases including: *In re: Urethane Antitrust Litig.,* (D. Kan.); *In re Funeral Consumers Antitrust Litig.,* (S.D. Texas); *In re Foundry Resins Antitrust Litig.* (S.D. Ohio); *In re Wellbutrin SR Antitrust Litig.* (E.D. Pa.); *In*

*re Medtronic, Inc. Implantable Defibrillators Products Liability Litig.* (D. Minn); *In re Medtronic, Inc. Sprint Fidelis Leads Products Liab. Litig.,* (D. Minn).


**Catherine Sung-Yun K. Smith**

Sungyun (Catherine) K. Smith is an associate of Gustafson Gluek PLLC.  She is a graduate of Korea University (B.A. 2000) and a graduate of University of Minnesota Law School (J.D. 2005).  Ms. Smith was admitted to the New York Bark in 2005 and to the Minnesota Bar in 2006.

During law school, Ms Smith served as a director of the Civil Practice Clinic, and also as a director of the William E. McGee National Civil Rights Moot Court Competition. Ms. Smith served as a judicial extern for the Honorable Regina Chu, District Judge, Fourth Judicial District of Minnesota. In addition, Ms. Smith also participated in the Maynard Pirsig Moot Court. She joined Gustafson Gluek in 2007.

Ms. Smith is currently involved in the representation of plaintiffs and classes in numerous cases including: *In re TFT LCD (Flat Panel) Antitrust Litig.* (N.D. Ca); *In re Cathode Ray Tube Antitrust Litig.,* (N.D. Ca.); *In re Air Cargo Shipping Services Antitrust Litigation* (E.D.N.Y.); *Hyun Park et al v. Korean Air Lines Co., Ltd.* (C.D. Ca); *In re Online DVD Rental Antitrust Litig.,* (N.D. Ca.); and *In re Aspartame Antitrust Litigation* (E.D. Pa).

Ms. Smith is fluent in Korean and English and also has basic language skills in German, Japanese, and Chinese.


**Michelle J. Looby**

Michelle J. Looby is an associate of Gustafson Gluek PLLC. She is a graduate of the University of Minnesota *with distinction* (B.A. 2004) and a *magna cum laude* graduate of William Mitchell College of Law (J.D. 2007). Ms. Looby was admitted to the Minnesota Bar in 2007.

During law school, Ms. Looby was a member of the *William Mitchell Law Review* from 2005-2007, serving as Assistant Editor in 2006-2007.  She served as a judicial intern to The Honorable Faye Flancher and The Honorable Emily Mueller, Circuit Court Judges, Racine County Circuit Court of Wisconsin.  She also served as a judicial extern to The Honorable David Higgs, District Judge, Second Judicial District of Minnesota.   In addition, Ms. Looby was a five time recipient of the CALI Excellence for the Future Award, recognizing the student with the highest grade in the class as determined by the instructor or registrar.

Ms. Looby is currently involved in the representation of plaintiffs and classes in numerous cases including: *In re National Arbitration Forum Trade Practices Litig. (D. Minn.); Precision Associates, Inc., et al. v. Panalpina World Transport (Holding), Ltd., et al. (E.D.N.Y.)*; *In re Vitamin C Antitrust Litig. (E.D.N.Y.); In re Processed Egg Products Antitrust Litig. (E.D. Pa.); Universal Delaware, Inc., d/b/a Gap Truck Stop, et al. v. Comdata Corporation (E.D. Pa.); In re Online DVD Rental Antitrust Litig. (N.D. Cal.)*; *In re Comcast Corp. Set-Top Cable Television Box Anti-Trust Litig. (E.D. Pa.)*; and *In re Refrigerant Compressors Antitrust Litig. (E.D. Mich.)*.

## David A. Goodwin

David A. Goodwin is an associate of Gustafson Gluek PLLC. He is a graduate of the University of Wisconsin (B.A. 2001) and a graduate of DePaul University College of Law (J.D. 2006). Mr. Goodwin was admitted to the Minnesota Bar in 2006.

14

During law school, Mr. Goodwin worked for Grotefeld & Denenberg LLC, a Chicago law firm specializing in insurance subrogation litigation. In 2005, Mr. Goodwin was selected to serve as the law clerk for the Office of the General Counsel of TCF Bank. Mr. Goodwin worked at TCF while attending the University of Minnesota Law School as a visiting student. Mr. Goodwin is currently involved in the representation of plaintiffs and classes in numerous cases including *In Re: SIGG Switzerland (USA), Inc., Aluminum Bottles Marketing and Sales Practices Litigation (W.D. KY); In Re: TFT-LCD (Flat Panel) Antitrust Litigation (N.D. CA); In Re: Pre-Filled Propane Tank Marketing and Sales Practices Litigation (W.D. Mo.); In Re: NCAA Student-Athlete Name and Likeness Licensing Litigation (N.D. Cal.); In Re: Plasma-Derivative Protein Therapies Antitrust Litigation, (N.D. Ill.);* and *Thompson v. NFL, (D. Minn.).*

Mr. Goodwin is the Secretary for the Federal Bar Association Younger Lawyers Division.

**Sara J. Payne**

Sara J. Payne is an associate of Gustafson Gluek PLLC.  She received her undergraduate degree from Brigham Young University (B.A. 2001), her post-graduate degree from the University of Reading, England (M.S. 2003), and her law degree from the University of Minnesota (J.D., *cum laude*, 2008).  Ms. Payne is admitted to the Minnesota Bar and the U.S. District Court for the District of Minnesota.

While in law school, Ms. Payne served as a director and a competition team member of the William E. McGee National Civil Rights Moot Court.  She also taught legal writing at the University of Minnesota Law School.  She clerked for the Hennepin County Attorney's Office and Anoka County Attorney's Office, and served as a judicial extern for the Honorable Janie S. Mayeron, Magistrate Judge, United States District Court, District of Minnesota.

15

After graduating from law school, Ms. Payne served as a law clerk to the Honorable Gary R. Larson, District Judge, Fourth Judicial District of Minnesota (2008-2010) and to the Honorable Peter A. Cahill, District Judge, Fourth Judicial District of Minnesota (2010-2011).

Ms. Payne is currently involved in the representation of plaintiffs and classes in numerous cases including *In re Medtronic, Inc. Sprint Fidelis Leads Products Liability Litig.* (D. Minn.) and *In re TFT-LCD (Flat Panel) Antitrust Litig.*, (N.D. Cal.).

She is a member of the Minnesota State, Hennepin County, and Federal Bar Associations.


**Joseph C. Bourne**

Joseph C. Bourne is an associate in the firm of Gustafson Gluek PLLC.  He is a graduate of Emory University with majors in English and Philosophy (B.A. 2005) and a *magna cum laude* graduate of the University of Minnesota Law School (J.D. 2009).  Mr. Bourne is admitted to the Minnesota Bar and is admitted to practice in the U.S. District Court for the District of Minnesota.

During law school, Mr. Bourne was an Article Editor of the Minnesota Law Review, and he contributed a published Note, *Prosecutorial Use of Forensic Science at Trial*, 93 Minn. L. Rev. 1058 (2009).  He also clerked at Greene Espel P.L.L.P. (2008), a Minneapolis law firm that practices in the area of complex commercial litigation.

After graduating from law school, Mr. Bourne served as a law clerk to the Honorable Edward Toussaint, Jr., Chief Judge, Minnesota Court of Appeals (2010-2011) and to the Honorable Francis J. Connolly, Judge, Minnesota Court of Appeals (2009-2010).  He then joined Gustafson Gluek in 2011.

Mr. Bourne is currently involved in the representation of plaintiffs and classes in *Precision Assocs., Inc. v. Panalpina World Transport (Holding) Ltd.* (E.D.N.Y.) and *Landwehr*

*v. AOL Inc.* (E.D. Va.).  He is also currently working on non-class cases involving intellectual property and commercial disputes.

**Ellen M. Ahrens**

Ellen M. Ahrens is an associate of Gustafson Gluek PLLC.  She is a graduate of the University of Texas at Austin (B.A. 2002) and a *magna cum laude* graduate of William Mitchell College of Law (J.D. 2010).  Ms. Ahrens is admitted to the Minnesota Bar and the U.S. District Court for the District of Minnesota.

During law school, Ms. Ahrens was a member of the *William Mitchell Law Review* from 2008–2010, serving an as Executive Editor in 2009–2010, and was a semifinalist of the Rosalie Wahl Moot Court competition.  Ms. Ahrens served as a judicial extern to the Honorable Patrick J. Schlitz, United States District Judge, District of Minnesota, and worked as a law clerk at the Minnesota State Public Defender's Appellate Office.

Ms. Ahrens is currently involved in the representation of plaintiffs and classes in numerous cases including *In re Wellbutrin SR Antitrust Litigation* (E.D. Pa.); *In re DRAM Antitrust Litigation*, (multiple federal and state court actions); *In re TFT-LCD (Flat Panel) Antitrust Litig.*, (N.D. Cal.); *In re Iowa Ready-Mix Concrete Antitrust Litig.*, (N.D. Iowa); *City of Pontiac v. Blue Cross Blue Shield of Michigan, et al.*, (E.D. Mich.); *Rick et al., v. Wyeth et al.*, (D. Minn.); and *Petersen v. E.I. DuPont de Nemours*, (D. Minn.).

Ms. Ahrens is proficient in Spanish, and is a member of the Minnesota State, Hennepin County, and Federal Bar Associations.

**Joshua J. Rissman**

Joshua J. Rissman is an associate of Gustafson Gluek PLLC.  He graduated from the University of Minnesota where he received his undergraduate degree (B.A., *magna cum laude*, 2005) and his law degree (J.D., *cum laude*, 2010).  While in law school, Josh was a Student Articles Editor on Law & Inequality: A Journal of Theory and Practice.  He also clerked for two Minneapolis law firms, the United States Attorney's Office and externed for the Honorable John McShane in Hennepin County District Court.  Mr. Rissman is admitted to the Minnesota Bar in 2010.

Mr. Rissman is actively involved in the *Pro Se* Project, representing civil litigants in federal court who would otherwise go without representation.  Mr. Rissman is also proficient in Spanish and is a member of the Minnesota, American and Federal Bar Associations.

Mr. Rissman is currently involved in the representation of plaintiffs and classes in numerous cases including *Precision Assocs., Inc. v. Panalpina World Transport (Holding) Ltd.* (E.D.N.Y.), *In re Online DVD Rental Antitrust Litig.,* (N.D. Ca.), *In re Containerboard Antitrust Litig.* (N.D. Ill.), and *In re American Express Anti-Steering Rules Antitrust Litig.* (No. II) (E.D.N.Y.).

**Raina Challeen**

Raina Challeen is an associate of Gustafson Gluek PLLC. She is a graduate of Tulane University (B.S.M., *summa cum laude*, 2008) and the University of Minnesota Law School (J.D., *magna cum laude*, 2011). Ms. Challeen was admitted to the Minnesota Bar in 2011.

During law school, Ms. Challeen was a member of the Phillip C. Jessup International Moot Court Competition Team. She also served on the board of NOLA MN, a student group that organized trips to New Orleans for law students to participate in legal volunteer work.  Ms.

Challeen worked as a law clerk in the in-house legal department of two major corporations and

as a law clerk for a small plaintiff's firm. Ms. Challeen was a judicial extern for the Honorable

Ann Alton, District Judge, Fourth Judicial District of Minnesota.

**Daniel J. Nordin**

Daniel J. Nordin is an associate of Gustafson Gluek PLLC. He graduated from the

University of Minnesota *with high distinction* (B.A. 2007) and is a *magna cum laude* graduate of

the University of Minnesota Law School (J.D. 2011). Mr. Nordin was admitted to the Minnesota

Bar in 2011.

In law school, Mr. Nordin was a Managing Editor on the *Minnesota Journal of Law,*

*Science & Technology*. In addition to clerking for a law firm in Edina, Minnesota, he also

volunteered as a Tenant Advocate with HOME Line, a nonprofit tenant advocacy organization,

through the Public Interest Clinic.

Mr. Nordin is currently involved in the representation of plaintiffs and classes in antitrust

litigation in *Precision Assocs., Inc. v. Panalpina World Transport (Holding) Ltd.* (E.D.N.Y.).