**BOIES, SCHILLER & FLEXNER LLP**

5301 Wisconsin Avenue N.W.   *   Washington, DC 20015-2015   *   PH 202.237.2727   *   FAX 202.237.6131

<u>VIA ECF</u>

May 30, 2012

The Honorable Brian M. Cogan
United States District Court Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:  No. 06-MDL-1738; *In re Vitamin C Antitrust Litigation*

Dear Judge Cogan:

      Pursuant to Your Honor's direction during the telephonic hearing this afternoon, I write to inform the Court that the Expert Report of B. Douglas Bernheim, dated November 14, 2008, was filed as Exhibit B to the Declaration of Jennifer Milici in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment. The docket number of the Expert Report is 397-3.

Respectfully submitted,

Jennifer Milici

WWW.BSFLLP.COM