

**ZELLE HOFMANN**
ZELLE HOFMANN VOELBEL & MASON LLP

44 MONTGOMERY STREET - SUITE 3400
SAN FRANCISCO, CALIFORNIA 94104
415-693-0700 MAIN    415-693-0770 FAX

Daniel S. Mason
dmason@zelle.com
Direct Dial: (415) 633-1910

August 21, 2012

**Via ECF**

Honorable Brian M. Cogan
U.S. District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

     RE:    *In re Vitamin C Antitrust Litigation*, MDL 06-1738 (BMC) (JO)

Dear Judge Cogan:

    The Court has set September 26 for the filing of the proposed Joint Pretrial Order.  The parties will be working diligently to cooperatively prepare this submission.  They respectfully request that the Court extend the filing date to October 3 because of several intervening Jewish High Holy Days, starting in mid-September, which will adversely affect the schedules of numerous counsel on both sides.

                          Respectfully submitted,

                          Daniel S. Mason

cc:    All Counsel via ECF

3236729v1