UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: VITAMIN C ANTITRUST LITIGATION<br><br>**This Document Relates To:**<br>ALL CASES | MASTER FILE 06-MD-1738 (BMC) (JO) |

**DIRECT AND INDIRECT PURCHASER PLAINTIFFS' NOTICE OF MOTIONS FOR FINAL APPROVAL OF SETTLEMENTS WITH <u>DEFENDANT ALAND (JIANGSU) NUTRACEUTICAL CO., LTD.</u>**

PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum in Support of Plaintiffs' Motions for Final Approval of Settlements with Defendant Aland (Jiangsu) Nutraceutical Co., Ltd., the Declaration of Michael D. Hausfeld, dated August 31, 2012, the Declaration of R. Alexander Saveri, and the Affidavit of Charlene Young dated, both dated August 30, 2012, and all other papers and proceedings herein, Plaintiffs will and do move this Court before the Honorable Brian M. Cogan, United States District Judge, at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York, on October 17th at 2:00 p.m., for an Order directing Final Approval of Settlements with Defendant Aland (Jiangsu) Nutraceutical Co., Ltd., pursuant to Rule 23 of the Federal Rules of Civil Procedure, and granting such other and further relief as may be appropriate.

Dated:  August 31, 2012                                              Respectfully submitted,

*/s/ Michael D. Hausfeld*
Michael D. Hausfeld
Brian A. Ratner
Brent W. Landau
HAUSFELD LLP
1700 K Street, NW Suite 650
Washington, DC 20006
Tel: (202) 540-7200
Fax: (202) 540-7201

*/s/ William A. Isaacson*
William A. Isaacson
Tanya Chutkan
Jennifer Milici
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue, NW, Suite 800
Washington, DC 20015
Tel.: (202) 237-2727
Fax: (202) 237-6131

*/s/ James T. Southwick*
James T. Southwick
Shawn L. Raymond
Suyash Agrawal (SA-2189)
SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, TX 77002
Tel.: (713) 651-9366
Fax: (713) 654-6666

*/s/ Alanna Rutherford*
Alanna Rutherford (AR-0497)
BOIES, SCHILLER & FLEXNER LLP
575 Lexington Avenue, 7th Floor
New York, New York 10022
Tel: (212) 446-2300
Fax: (212) 446-2350

*Co-Lead Counsel for the Certified Direct Purchaser Damages Class and Injunction Class*


*/s/ Daniel E. Gustafson*
Daniel E. Gustafson
Daniel C. Hedlund
Michelle J. Looby
**GUSTAFSON GLUEK, PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Tel: (612) 333-8844
Fax: (612) 339-6622

*s/ Timothy Battin*
David Boies
Timothy D. Battin
**STRAUS & BOIES, LLP**
4041 University Drive, Fifth Floor
Fairfax, VA 22030
Tel: (703) 764-8700
Fax: (703) 764-8704

*/s/ R. Alexander Saveri*
R. Alexander Saveri
Guido Saveri
**SAVERI & SAVERI, INC.**
706 Sansome Street
San Francisco, CA 94111
Tel: (415) 217-6810

*Co-Lead Counsel for Putative Indirect Purchaser Settlement Class*

2