

**HAUSFELD**LLP

202.540.7200 ph
202.540.7201 fax

1700 K Street, NW
Suite 650
Washington, DC 20006

Brian A. Ratner
bratner@hausfeldllp.com

August 31, 2012

**VIA ECF AND FEDERAL EXPRESS**
The Honorable Brian M. Cogan
United States District Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

    Re: *In re Vitamin C Antitrust Litigation*, MDL No. 1738

Dear Judge Cogan:

    Enclosed are courtesy copies of the following documents, which were filed electronically by Plaintiffs today:

1. Direct and Indirect Purchaser Plaintiffs' Notice of Joint Motion for Final Approval of Settlements with Defendant Aland (Jiangsu) Nutraceutical Co., Ltd.;

2. A Joint Memorandum of Law in Support of Direct and Indirect Purchaser Plaintiffs' Motions for Final Approval of Settlements with Defendant Aland (Jiangsu) Nutraceutical Co., Ltd.;

3. The Declaration of Michael D. Hausfeld in Support of Plaintiffs' Motion for Final Approval of the Certified Classes Settlements with Defendant Aland (Jiangsu) Nutraceutical Co., Ltd., and an exhibit thereto;

4. The Declaration of R. Alexander Saveri in Support Plaintiffs' Motion for Final Approval of Settlements with Defendant Aland (Jiangsu) Nutraceutical Co., Ltd., and an exhibit thereto; and

5. The Affidavit of Charlene Young regarding Dissemination of Notice of Class Settlement, and exhibits thereto.

                                      Respectfully submitted,

                                      Brian A. Ratner

Enclosures
cc:    All Counsel of Record (*via ECF*)