UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re VITAMIN C ANTITRUST LITIGATION | 1:06-MD-01738 (BMC) (JO) |
| THIS DOCUMENT RELATES TO: ANIMAL SCIENCE PRODUCTS, INC., et al. Plaintiffs, v. HEBEI WELCOME PHARMACEUTICAL CO. LTD., et al. Defendants. | CV-05-453 |

## NOTICE OF PLAINTIFFS' MOTION AND MOTION TO EXCLUDE DEFENDANTS' EXPERT TESTIMONY

PLEASE TAKE NOTICE that upon the Memorandum of Law in Support of Plaintiffs' Motion to Exclude Defendants' Expert Testimony, Plaintiffs move this Court for an Order excluding the expert testimony of Defendants' expert Dr. Lawrence Wu under Federal Rule of Evidence 702 and *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993).

2425213v1/008808

Dated September 28, 2012					Respectfully submitted,

SUSMAN GODFREY L.L.P.


_/s/ James T. Southwick_
James T. Southwick
E-mail: jsouthwick@susmangodfrey.com
Shawn L. Raymond
E-mail: sraymond@susmangodfrey.com
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 651-9366
Fax: (713) 654-6666

OF COUNSEL:

Michael D. Hausfeld
E-mail: mhausfeld@hausfeldllp.com
Brian A. Ratner
E-mail: bratner@hausfeldllp.com
Melinda R. Coolidge
E-mail: mcoolidge@hausfeldllp.com
HAUSFELD LLP
1700 K Street N.W., Suite 650
Washington, DC 20006
Telephone: 202.408.4600
Facsimile: (202) 540-7201

Brent W. Landau
E-mail: blandau@hausfeldllp.com
HAUSFELD LLP
1604 Locust Street, 2nd Floor
Philadelphia, PA 19103
Telephone: (215) 985-3273
Facsimile: (215) 985-3271

2425213v1/008808

William A. Isaacson
E-mail: wisaacson@bsfllp.com
Tanya Chutkan
E-mail: tchutkan@bsfllp.com
Jennifer Milici
Email: jmilici@bsfllp.com
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue, N.W., Suite 800
Washington, DC 20015
Telephone: 202.237.2727
Facsimile: 202.237.6131

Alanna Rutherford
E-mail: arutherford@bsfllp.com
BOIES, SCHILLER & FLEXNER LLP
575 Lexington Avenue, 7th Floor
New York, NY 10022
Telephone: 212.446.2300
Facsimile: 212.446.2350

*Counsel for Federal Plaintiffs Animal Science Products, Inc.
and The Ranis Company, Inc.*

2425213v1/008808