**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE<br>VITAMIN C ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>*Animal Science Products, Inc., et al. v. Hebei Welcome Pharmaceutical Co., Ltd., et al.*, Case No. 1:05-CV-00453(BMC)(JO) (E.D.N.Y.) | MASTER FILE 1:06-MDL-1738 (BMC)(JO)<br><br>**DEFENDANT CHINA PHARMACEUTICAL GROUP LTD.'S NOTICE OF MOTION AND MOTION FOR DETERMINATION OF FOREIGN LAW AND JUDGMENT ON THE PLEADINGS OR IN THE ALTERNATIVE SUMMARY JUDGMENT** |

**TO PLAINTIFFS AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Defendant China Pharmaceutical Group, Ltd. hereby moves this Court for a determination of foreign law and judgment on the pleadings or in the alternative summary judgment. This motion is made pursuant to Federal Rules of Civil Procedure 44.1, 12, and 56, and the Court's Scheduling Order of May 16, 2012. The motion is based upon this Notice of Motion and Motion, as well as the Memorandum of Law, Expert Report of Professor Fu Jun, and Local Civil Rule 56.1 Statement of Material Facts submitted herewith.

///

///

///

///

Dated:  September 28, 2012

Respectfully Submitted,

ZELLE HOFMANN VOELBEL & MASON LLP

By: */s/ Daniel S. Mason*
    Daniel S. Mason
    Jiangxiao Athena Hou
    Eric W. Buetzow
    44 Montgomery Street, Suite 3400
    San Francisco, California 94104
    Tel:  415-693-0700
    Fax:  415-693-0770

*Attorneys for Defendant*
*China Pharmaceutical Group, Ltd.*