9/16/2012   Please send me a claim form for Vitamin C Class Action Law Suit.

Khonna Perkinson R80134
PO Box 3066
Decatur, IL 62524

FILED MB
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
Received as is

★ SEP 20 2012 ★

BROOKLYN OFFICE