| | |
|---|---|
| UNITED STATES DISTRICT COURT | CIVIL CONFERENCE |
| EASTERN DISTRICT OF NEW YORK | MINUTE ORDER |

BEFORE:   JAMES ORENSTEIN                    DATE:      10/25/2012
          U.S. MAGISTRATE JUDGE              TIME:      11:00 a.m.

*In re: Vitamin C Antitrust Litigation*
06-MD-1738 (BMC) (JO)

TYPE OF CONFERENCE:   Status

APPEARANCES:   Plaintiffs      Sean L. Raymond, Melinda Coolidge

               CPG             Athena Hou

SCHEDULING: There are no further conferences scheduled before me at this time.

THE FOLLOWING RULINGS WERE MADE:  For the reasons set forth on the record, I granted the motion to compel in its entirety, with the exception that CPG shall have 30 days, rather than 10 days, to discharge its obligations. I denied CPG's request to shift to the plaintiffs the cost of having an ESI specialist assist CPG in discharging its discovery obligations. The plaintiffs shall submit a proposed order by October 29, 2012.

SO ORDERED

_____/s/_____
JAMES ORENSTEIN
U.S. Magistrate Judge