UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE VITAMIN C ANTITRUST LITIGATION<br><br>**This Document Relates To:**<br>**ALL CASES** | MASTER FILE 06-MD-1738 (BMC) (JO) |

**DIRECT AND INDIRECT PURCHASER PLAINTIFFS' NOTICE OF MOTION TO AUTHORIZE PAYMENT OF NOTICE AND CLAIMS ADMINISTRATION COSTS**

PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum in Support of Plaintiffs' Motion to Authorize Payment of Notice and Claims Administration Costs, dated November 14, 2012, and all other papers and proceedings herein, Plaintiffs will and do move this Court for an Order authorizing payment of $215,570.16 in notice costs from the Direct Purchaser Damages Class Settlement Fund, and $194,809.72 in notice costs from the Indirect Purchaser Damages Class Settlement Fund, from the Settlements with Defendant Aland (Jiangsu) Nutraceutical Co., Ltd.

Dated: November 14, 2012                                   Respectfully submitted,

| | |
|---|---|
| /s/ Michael D. Hausfeld | /s/ William A. Isaacson |
| Michael D. Hausfeld | William A. Isaacson |
| Brian A. Ratner | Tanya Chutkan |
| Brent W. Landau | Jennifer Milici |
| HAUSFELD LLP | BOIES, SCHILLER & FLEXNER LLP |
| 1700 K Street, NW Suite 650 | 5301 Wisconsin Avenue, NW, Suite 800 |
| Washington, DC 20006 | Washington, DC 20015 |
| Tel: (202) 540-7200 | Tel.: (202) 237-2727 |
| Fax: (202) 540-7201 | Fax: (202) 237-6131 |
| | |
| /s/ James T. Southwick | Alanna Rutherford (AR-0497) |
| James T. Southwick | BOIES, SCHILLER & FLEXNER LLP |
| Shawn L. Raymond | 575 Lexington Avenue, 7th Floor |
| SUSMAN GODFREY L.L.P. | New York, New York 10022 |
| 1000 Louisiana, Suite 5100 | Tel: (212) 446-2300 |
| Houston, TX 77002 | Fax: (212) 446-2350 |
| Tel.: (713) 651-9366 | |
| Fax: (713) 654-6666 | |

*Co-Lead Counsel for the Certified Direct Purchaser Damages Class and Injunction Class*

2

| | |
|---|---|
| */s/ Daniel E. Gustafson* | */s/ Timothy Battin* |
| Daniel E. Gustafson | David Boies |
| Daniel C. Hedlund | Timothy Battin |
| Michelle J. Looby | **STRAUS & BOIES, LLP** |
| **GUSTAFSON GLUEK, PLLC** | 4041 University Drive, Fifth Floor |
| Canadian Pacific Plaza | Fairfax, VA 22030 |
| 120 South Sixth Street, Suite 2600 | Tel: (703) 764-8700 |
| Minneapolis, MN 55402 | Fax: (703) 764-8704 |
| Tel: (612) 333-8844 | |
| Fax: (612) 339-6622 | |

*/s/ R. Alexander Saveri*
R. Alexander Saveri
**SAVERI & SAVERI, INC.**
706 Sansome Street
San Francisco, CA 94111
Tel: (415) 217-6810

*Co-Lead Counsel for Indirect Purchaser Damages Settlement Class*