

**ZELLE HOFMANN**
ZELLE HOFMANN VOELBEL & MASON LLP

44 MONTGOMERY STREET - SUITE 3400
SAN FRANCISCO, CALIFORNIA 94104
415-693-0700 MAIN    415-693-0770 FAX

Daniel S. Mason
dmason@zelle.com
Direct Dial: (415) 633-1910

January 24, 2013

**Via ECF**

Honorable Brian M. Cogan
U.S. District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

      RE:    *In re Vitamin C Antitrust Litigation*, MDL 06-1738 (BMC) (JO)

Dear Judge Cogan:

      I am counsel for defendants Weisheng Pharmaceutical Co. Ltd., and China Pharmaceutical Group, Ltd.

      As I previously advised the Court, I am leaving tomorrow on a long scheduled trip to Antarctica. I therefore respectfully request that any pretrial conference the Court may schedule not be set prior to February 12, 2013.

                               Respectfully submitted,

                                 Daniel S. Mason

cc:     All Counsel via ECF