**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

In re Vitamin C Antitrust Litigation

**ORDER**

06-MDL-1738 (BMC)

-----------------------------------------------------------X

**JAMES ORENSTEIN, Magistrate Judge:**

    This case has been referred to me for purposes of selecting a trial jury, which I will do on February 25, 2013, beginning promptly at 9:30 a.m in courtroom 8D, South. I direct counsel for each party to submit, no later than February 19, 2013, any questions the party wishes me to ask of prospective jurors during *voir dire*. Only questions specifically addressing the issues to be tried should be submitted; routine questions are not necessary.

    I further direct each party to include within its submission a list of the names of all persons, entities, and locations that the party expects to be mentioned during the trial.

    **SO ORDERED.**

Dated: Brooklyn, New York
       January 31, 2013

                                          /s/ James Orenstein
                                          JAMES ORENSTEIN
                                          U.S. Magistrate Judge