Case 1:06-md-01738-BMC-JO   Document 636   Filed 02/11/13   Page 1 of 1 PageID #: 18766

# BAKER & MCKENZIE

**Baker & McKenzie LLP**

592 Fifth Avenue
New York NY 10018
United States

Tel: +1 212 626 4100
Fax: +1 212 310 1600
www.bakermckenzie.com

**Asia Pacific**
Bangkok
Beijing
Hanoi
Ho Chi Minh City
Hong Kong
Jakarta*
Kuala Lumpur*
Manila*
Melbourne
Shanghai
Singapore
Sydney
Taipei
Tokyo

**Europe, Middle East & Africa**
Abu Dhabi
Almaty
Amsterdam
Antwerp
Bahrain
Baku
Barcelona
Berlin
Brussels
Budapest
Cairo
Casablanca
Doha
Dusseldorf
Frankfurt/Main
Geneva
Istanbul
Johannesburg
Kyiv
London
Luxembourg
Madrid
Milan
Moscow
Munich
Paris
Prague
Riyadh
Rome
St. Petersburg
Stockholm
Vienna
Warsaw
Zurich

**Latin America**
Bogota
Brasilia*
Buenos Aires
Caracas
Guadalajara
Juarez
Lima
Mexico City
Monterrey
Porto Alegre*
Rio de Janeiro*
Santiago
Sao Paulo*
Tijuana
Valencia

**North America**
Chicago
Dallas
Houston
Miami
New York
Palo Alto
San Francisco
Toronto
Washington, DC

* Associated Firm

February 11, 2013

The Honorable Brian M. Cogan                By ECF
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**In re Vitamin C Antitrust Litigation (06-MDL-1738 [BMC][JO]); Animal Science Products, Inc. v. Hebei Welcome Pharmaceutical Co., Ltd., et al. (06-MD-1738)[BMC][JO]**

Dear Judge Cogan,

I write on behalf of our client North China Pharmaceutical Group Corp. ("NCPG") to request a one week extension, until February 25, 2013, to produce any responsive documents located by searching for "BASF," as per Your Honor's order of February 8, 2013 (docket No. 133).

As Your Honor may know, the official Lunar New Year Holiday began in China this weekend, and business in China will be at a virtual standstill until this coming Monday as a result of extensive family travels and absence from the office. Such will be the case in respect of NCPG, the personnel and laptop computers which will need to be searched, and the IT firm previously engaged to do the search, making compliance with Your Honor's Order by the date specified impossible.

Accordingly, it is respectfully requested that the date for production in compliance with Your Honor's order be extended up to and including February 25, 2013.

Respectfully submitted,

*[signature]*

Charles H. Critchlow

cc: Counsel of record via ECF

Baker & McKenzie LLP is a member of Baker & McKenzie International, a Swiss Verein.