# EXHIBIT A



# Testimony of Dr. Lawrence Wu

# Economic Framework for Modeling Damages

- Calculate prices actually paid by customers

- Use an economic model to estimate the price customers would have paid if there had been no agreements
  - Apply regression analysis using a benchmark period to "forecast" prices during the period of alleged unlawful agreements

- Calculate the overcharge in prices

- Calculate damages
  - Amount of overcharge (estimated by month) times amount of relevant purchases

1

# The Average ITC Price Does Not Capture the Actual Prices Paid by Customers



Actual Vitamin C Prices Paid by U.S. Customers of Hebei and Weisheng 2003

**Source:** Hebei sales data, Weisheng sales data, and ITC.

4

# The Average ITC Price Does Not Capture the Actual Prices Paid by Customers



Actual Vitamin C Prices Paid by U.S. Customers of Hebei and Weisheng 2004

Legend: ■ Weisheng Price   ◆ Hebei Price   — ITC Price

Source: Hebei sales data, Weisheng sales data, and ITC.

5

# Actual Prices Paid by Customers



24