# EXHIBIT D

881

12:35:08  1  they function is higher than others.
12:35:10  2  Q   Could we turn to Exhibit 78, which is in evidence.
12:35:28  3           MS. ISAACSON: Plaintiff's Exhibit 78?
12:35:30  4           MR. PRESCOTT: Plaintiff's 78.
12:35:32  5  Q   And I direct your attention, Dr. Bernheim, to the
12:35:34  6  language under market situation?
12:35:38  7  A   I'm sorry, is there any way to blow that up, it's a
12:35:40  8  little bit -- thank you.
12:35:42  9  Q   Can you see it now?
12:35:44 10  A   Yes, now it's fine.
12:35:46 11  Q   Is it your position that the statement quote, June
12:35:52 12  market price kept on falling rapidly from the beginning of
12:35:58 13  the month $9 US per kilogram dropped and to $7 US per
12:36:02 14  kilogram at the end of month, closed quote.
12:36:06 15       Is it your position that that kind of conduct is
12:36:08 16  consistent with a conspiracy to raise, stabilize and
12:36:14 17  maintain prices?
12:36:14 18  A   It is consistent with the way such conspiracies often
12:36:20 19  operate in practice because their effectiveness waxes and
12:36:26 20  wanes.
12:36:26 21  Q   And the document continues on, Weisheng and Welcome
12:36:30 22  headed the fall. Is your answer the same?
12:36:34 23  A   Absolutely.
12:36:56 24  Q   Did you -- could we look at Exhibit 320, which is in
12:37:00 25  evidence. Did you consider in forming your views that

Mary Agnes Drury, RPR
Official Court Reporter

882

12:37:10  1  you've testified to, that the steps taken by the Chinese
12:37:18  2  vitamin C manufacturers came about -- came up against market
12:37:26  3  forces, that the market forces were so strong they simply
12:37:32  4  could not be reversed. And specifically, I'll direct your
12:37:38  5  attention to the highlighted language in paragraph -- in the
12:37:42  6  first paragraph on 320.
12:37:54  7  A   Yes. I'm sorry, the question is, did I take that into
12:37:56  8  account?
12:37:56  9  Q   Did you take that into account?
12:37:58 10  A   Absolutely. This is generally what happens in cartels
12:38:00 11  when they try to raise prices, they're fighting against the
12:38:04 12  normal market forces, and some of the time they lose that
12:38:06 13  battle.
12:38:08 14  Q   So sometimes market forces can overcome even what a
12:38:14 15  cartel, whether a compelled cartel or a voluntary cartel is
12:38:20 16  trying to do?
12:38:20 17  A   In the sense that a member of the cartel may see an
12:38:26 18  incentive, may see an opportunity to break away, to defect
12:38:30 19  and get extra profits. The market forces offer those
12:38:34 20  opportunities, and that's what occasionally erodes the
12:38:38 21  effectiveness of the cartels.
12:38:40 22  Q   And that could also happen if nobody in the alleged
12:38:42 23  cartel could sell other than at market price, isn't that
12:38:48 24  right?
12:38:48 25  A   All cartels operate subject to the constraints of there

Mary Agnes Drury, RPR
Official Court Reporter

883

12:38:52  1  is a demand curve in the industry, you can't sell off the
12:38:56  2  demand curve, that's true.
12:39:00  3  Q   So ultimately the defendant in this case had to take
12:39:06  4  into account and abide by the forces of the marketplace
12:39:12  5  which could not be reversed?
12:39:14  6  A   That's a vague statement, because the forces of the
12:39:16  7  marketplace include supply. These guys are in control of
12:39:22  8  supply. What's out of their control is demand. What they
12:39:24  9  get to do is pick a point on the demand curve. They don't
12:39:28 10  get to put the demand curve wherever they want to, that's
12:39:30 11  the sense in which they are constrained by the market, but
12:39:34 12  they get to pick a point at a higher price on the demand
12:39:38 13  curve rather than a lower price.
12:39:40 14  Q   Now, when you were -- what you presented -- and could
12:39:44 15  we look at figure 71 again. Thanks, Vivian.
12:40:00 16       What you have presented to the jury are average
12:40:04 17  prices, correct? Your red line is an average of monthly
12:40:08 18  prices as reported to the ITC?
12:40:12 19  A   That's correct.
12:40:14 20  Q   So you've not included in what you've shown to the jury
12:40:18 21  the actual range of prices that were being charged by people
12:40:26 22  whom you say were coordinating prices?
12:40:30 23  A   I haven't shown individual transaction prices, correct,
12:40:34 24  we've looked at average prices.
12:40:36 25  Q   So let me ask you this, hypothetically, if Hebei

Mary Agnes Drury, RPR
Official Court Reporter

884

12:40:44  1  Welcome, my client in a certain month, say, in April of
12:40:48  2  2003, were charging $9 per kilogram for US delivery to a US
12:41:02  3  customer, and our other defendant Weisheng in the same month
12:41:06  4  was charging $4.60 per kilogram for delivery to a customer
12:41:14  5  in the US, would you, as an economist, say that those prices
12:41:20  6  look like they were coordinated?
12:41:22  7  A   This often happens in cartels, there is often a range
12:41:26  8  of prices. The coordination tends to be done more coarsely,
12:41:34  9  not in every transaction, but on average prices, overall
12:41:38 10  quantities, coordinating expectations about what I expect to
12:41:42 11  sell when I set a certain price, the amount that I expect to
12:41:48 12  transact. So it does happen in conspiracies quite
12:41:52 13  frequently that you see -- and I've seen this in a lot of
12:41:54 14  conspiracies, you see a lot of price dispersion. The
12:41:58 15  presence of price dispersion does not mean they're not
12:42:00 16  colluding. What it means is they are not using one specific
12:42:04 17  mechanism for collision. The one specific mechanism is we
12:42:08 18  all agree on a price, that we will prevail on all
12:42:10 19  transactions. They're not doing that. But I've hardly ever
12:42:14 20  seen that, usually see distribution.
12:42:16 21  Q   So your view is that if the range of prices were going
12:42:20 22  all the way from $4.60 per kilogram to $9 per kilogram, that
12:42:28 23  those could be coordinated prices?
12:42:30 24  A   Could be or it could be that the $4.50 price was a
12:42:36 25  price where one was breaking away and thereby causing

Mary Agnes Drury, RPR
Official Court Reporter

885

```
12:42:40  1   starting to undermine the agreement, which may be why prices
12:42:44  2   subsequently fell.  What I'm saying is that it's not unusual
12:42:48  3   in a cartel to observe significant price dispersion.
12:42:54  4   Q    Well, didn't you or Bates White look at that price, the
12:42:58  5   degree of that price dispersion in preparing your report?
12:43:02  6   A    Yes, I've looked at that.
12:43:02  7   Q    And -- but you did not include it in this nice, neat
12:43:10  8   red line that you've shown us, did you?
12:43:12  9   A    No, because this nice red line is designed to show what
12:43:16 10   went on with averages.  I looked at the distributions to see
12:43:22 11   whether the prices generally tended to move together and
12:43:24 12   they did.
12:43:26 13            MR. PRESCOTT:  Move to strike everything after the
12:43:28 14   word "no".
12:43:28 15            THE COURT:  All right.  That's -- well, not after
12:43:32 16   the word no.  It's stricken -- I'll allow the answer:  No,
12:43:40 17   because this nice red line is designed to show what went on
12:43:42 18   with averages.  Everything after that is stricken.
12:43:48 19   Q    Now, those prices I just read off to you, which were
12:43:52 20   range of dispersed prices were in April of 2003, right at
12:43:58 21   the -- where the biggest first spike is on your red line.
12:44:02 22   Let's look at a range of prices that occurred in January of
12:44:08 23   2004, which is where the second spike is.  By the way, do
12:44:16 24   you know what accounted for the second spike?
12:44:18 25   A    I'm sorry, would you like me to --
```

Mary Agnes Drury, RPR
Official Court Reporter

886

```
12:44:20  1   Q    It was avian flu, wasn't it?
12:44:22  2   A    No, I don't agree with that.  I did an analysis of
12:44:26  3   avian flu in my rebuttal report, and I disagree that it was
12:44:30  4   caused by avian flu.
12:44:32  5   Q    So you believe that that second spike was not caused by
12:44:36  6   a spike in demand due to avian flu, correct?
12:44:40  7   A    That is correct.
12:44:40  8   Q    And you also believe that that second spike in demand
12:44:44  9   was not due to a spike due to a fear that it was a
12:44:52 10   recurrence of SARS, correct?
12:44:54 11   A    That's correct.
12:44:56 12   Q    So during that time would you say that prices were
12:44:58 13   coordinated in January of 2004 between the defendants if the
12:45:08 14   prices arranged from $3.45 per kilogram all the way up to
12:45:18 15   $8.50 per kilogram for US deliveries, would you say those
12:45:24 16   were coordinated?
12:45:26 17   A    I'm not sure that you and I are using coordinated in
12:45:28 18   the same way.  I would say that that is perfectly consistent
12:45:32 19   with these firms coordinating their activity with an effort
12:45:36 20   to raise prices; not being entirely successful with that,
12:45:40 21   there is also some natural variations in the prices that
12:45:42 22   occurs even when they're doing it perfectly.  But it's
12:45:46 23   perfectly consistent with attempts to coordinate that are
12:45:52 24   partially effective, which is what we're seeing.
12:45:54 25   Q    So let me make sure I understand.  Your approach is
```

Mary Agnes Drury, RPR
Official Court Reporter

887

```
12:45:58  1   that a range of prices that varied by more than $5 out of a
12:46:12  2   total of $8.50, that those could be prices that were fixed
12:46:18  3   according to a conspiracy?
12:46:20  4   A    I am saying that that's consistent with the presence of
12:46:24  5   a conspiracy that is trying to fix prices and is meeting
12:46:30  6   with some success.  And particularly if you look at the
12:46:32  7   concentration of prices, rather than just picking the
12:46:36  8   extremes, which is a little bit misleading, we looked at the
12:46:38  9   concentrations, the general pattern is consistent with
12:46:42 10   coordinated efforts that raise prices.
12:46:50 11            THE COURT:  Mr. Prescott, how much more?
12:46:54 12            MR. PRESCOTT:  I'm guessing about 15 minutes.
12:46:56 13            THE COURT:  Let's try to finish before lunch.
12:46:58 14            MR. PRESCOTT:  Okay.
12:46:58 15            THE COURT:  Actually, are you going to have
12:47:00 16   redirect?
12:47:02 17            MR. SOUTHWICK:  So far one question.
12:47:04 18            THE COURT:  All right.  Let's keep going.
12:47:38 19   Q    Now, in finding what you said would be acceptable
12:47:46 20   competitive benchmarks for measuring or for determining but
12:47:50 21   for prices, you agree, don't you, that the post complaint
12:47:56 22   time period is a time period one can usefully look at in
12:48:04 23   determining what but for competitive market prices would
12:48:08 24   have been?
12:48:08 25   A    Yes, though I want to be clear, that doesn't mean I'm
```

Mary Agnes Drury, RPR
Official Court Reporter

888

```
12:48:12  1   saying there is no collusion during that period, I do agree
12:48:16  2   that it is a useful benchmark to use.
12:48:20  3   Q    And you also, in determining your competitive
12:48:24  4   benchmark, used a period from November -- from 1998 to
12:48:30  5   November of 2001; is that correct?
12:48:34  6   A    In the main analysis I presented, yes.  And I also
12:48:38  7   presented a sensitivity analysis where I didn't use any of
12:48:42  8   that data, we looked at that earlier.
12:48:44  9   Q    And you've used that data even though that was a period
12:48:48 10   of direct regulation of vitamin C by the Chinese government?
12:48:54 11   A    Well, I'm not sure what you mean by direct regulation.
12:48:56 12   There was a regulatory framework in place and the issue is
12:49:00 13   how effective it was.
12:49:04 14   Q    By direct regulation I mean a regulation that says
12:49:10 15   those export commodities, which are subject to coordination,
12:49:16 16   shall be collectively administered by each respective
12:49:20 17   Chamber of Commerce, the particular measures of coordination
12:49:24 18   of administration shall be made by each Chamber of Commerce
12:49:28 19   and will be strictly implemented upon discussion and
12:49:32 20   approval at member meetings.  And I mean that that includes
12:49:38 21   vitamin C.
12:49:42 22            Now, if a period -- if a regulation such as that
12:49:46 23   were in effect during the period that you used as a
12:49:50 24   competitive benchmark prior to November of 2001, would you
12:49:56 25   consider that a valid benchmark for a competitive market?
```

Mary Agnes Drury, RPR
Official Court Reporter