# EXHIBIT E

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
|  | ) |  |
|  | ) |  |
|  | ) | MDL. No. 1738 |
| IN RE: VITAMIN C ANTITRUST LITIGATION | ) |  |
|  | ) | CLASS ACTION |
|  | ) |  |
|  | ) |  |

EXPERT REPORT OF B. DOUGLAS BERNHEIM, Ph.D.

November 14, 2008

- Defendant Shijiazhuang Pharma. Weisheng Pharmaceutical (Shiajiazhuang) Co., Ltd.'s Response to Plaintiffs' Second Set of Interrogatories, U.S. District Court for the Eastern District of New York, In Re Vitamin C Antitrust Litigation, Master File 1:06-MD-1738(DGT)(JO), October 18, 2007.

- Defendant Shijiazhuang Pharma. Weisheng Pharmaceutical (Shiajiazhuang) Co., Ltd.'s Response to Plaintiffs' Third Set of Interrogatories, U.S. District Court for the Eastern District of New York, In Re Vitamin C Antitrust Litigation, Master File 1:06-MD-1738(DGT)(JO), July 14, 2008.

- Defendant Shijiazhuang Pharma. Weisheng Pharmaceutical (Shiajiazhuang) Co., Ltd.'s Response to Plaintiffs' Fourth Set of Interrogatories, U.S. District Court for the Eastern District of New York, In Re Vitamin C Antitrust Litigation, Master File 1:06-MD-1738(DGT)(JO), July 21, 2008.

- Defendant Weisheng Pharmaceutical Co., Ltd.'s Objections and Responses to Plaintiffs' First Set of Interrogatories, U.S. District Court for the Eastern District of New York, In Re Vitamin C Antitrust Litigation, Master File 1:06-MD-1738(DGT)(JO), September 8, 2006.

## Other litigation documents

- Declaration of Jianfeng ("Jeffery") Fang in Support of Defendants' Supplemental Memorandum in Opposition to Plaintiffs' Motion for Class Certification," 10 January 2008.

- Expert Report of Phil Innes, C.P.A., November 7, 2008.

- Letter to Tanya S Chutkan, Esq., from Christopher Chinn, dated 5 May 2008, received 15 May 2008.

## Data produced in litigation

- Chinese customs data: NEPG 28327, NEPG 26590. JJPC 35359, JJPC 35432, JJPC 32450.

- Hebei electronic pricing data, "NYCDMS-1030668-v1-Hebei_2002_Breakdown_of_Sales_w_o_Arb.xls," "NYCDMS-1030669-v1-Hebei_2003_Breakdown_of_Sales_w_o_Arb.xls," "NYCDMS-1030670-v1-Hebei_2004_Breakdown_of_Sales_w_o_Arb.xls," "NYCDMS-1030671-v1-Hebei_2005_Breakdown_of_Sales_w_o_Arb.xls," provided 4 December 2007.

- HEB 13716, provided 25 September 2008.

Expert Report of B. Douglas Bernheim, Ph.D.　　　　　　　　　　　　Appendix C: Materials considered
In Re: Vitamin C Antitrust Litigation

- JJPC transaction data: JJPC 37229, JJPC 37238.

- Weisheng electronic pricing data, "04 2001-2005年对美外销台帐.xls", provided 4 December 2007; "2006.xls" "200709.xls", provided 5 September 2008.

## Publicly available data

- EU Soft Drinks, Thomson Datastream Advance Version 4.0 SP9 with Excel Add-in, Industrial Production - Production of Mineral Waters & Soft Drinks (WDA), EXES1598H, 2008.

- Federal Reserve Bank of St. Louis, Economic Data – FRED, "Series: EXCHUS, China / U.S. Foreign Exchange Rate", 2008, http://research.stlouisfed.org/fred2/series/EXCHUS?cid=95.

- Food and Agriculture Organization (FAO) of the United Nations, "Aquaculture production 1950-2006," http://www.fao.org/fishery/statistics/global-aquaculture-production.

- Goldman Sachs, China Coal Index, GSCPCA, 2008, (Bloomberg).

- Japan Disposable Income, Thomson Datastream Advance Version 4.0 SP9 with Excel Add-in, Workers Household - Disposable Income, JPMDISPIA, 2008.

- Japan Soft Drinks, Thomson Datastream Advance Version 4.0 SP9 with Excel Add-in, Industrial Production - Soft Drinks, JPIPFTSFH, 2008.

- Multi-Sponsor Surveys, Inc., "The Gallup Study of Vitamin Use in the U.S.," March 2008.

- People's Bank of China (China Central Bank), Five-year interest rate, 2008, http://www.pbc.gov.cn/detail.asp?col=462&ID=1903.

- Reed Business Information Limited, "Methanol in Asia Pacific Spot CFR China," 2008, www.icispricing.com.

- Reed Business Information Limited, "SORBITOL In Asia Pacific SPOT FOB S.E.ASIA," 2008, www.icispricing.com.

- U.S. Bureau of Labor Statistics, Fresh fruit Consumer Price Index CUUR0000SEFK, 2008, www.bls.gov/data.

- U.S. Bureau of Labor Statistics, Fresh vegetables Consumer Price Index.CUUR0000SEFL, 2008, www.bls.gov/data.