UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------- X
                                                            :
IN RE VITAMIN C ANTITRUST LITIGATION                        :
                                                            :      06-MD-1738 (BMC) (JO)
----------------------------------------------------------- :
                                                            :
This document relates to:                                   :
                                                            :
ANIMAL SCIENCE PRODUCTS, INC., et al.,                      :
                                                            :
                                    Plaintiffs,             :      05-CV-0453
                                                            :
v.                                                          :
                                                            :
HEBEI WELCOME PHARMACEUTICAL CO.                            :
LTD., et al.,                                               :
                                                            :
                                    Defendants.             :
                                                            :
----------------------------------------------------------- X

## JUDGMENT

The jury having rendered its verdict in this case in favor of plaintiff, the Ranis Company, Inc., as representative of the Direct Purchaser Class,[1] in the amount of Fifty Four Million One Hundred Thousand Dollars ($54,100,000.00), and the Court, upon motion of plaintiff, having directed entry of judgment upon trebling the damage award pursuant to 15 U.S.C. § 15(a), less Nine Million Dollars ($9,000,000) received from former defendants, it is hereby

ORDERED AND ADJUDGED, that the Ranis Company, as class representative, take judgment against defendants, Hebei Welcome Pharmaceutical Co., Ltd. and North China

---

[1] The Direct Purchaser Damages Class consists of all persons or entities, or assignees of such persons or entities, who directly purchased vitamin C for delivery in the United States, other than pursuant to a contract containing an arbitration clause, from any of Defendants or their co-conspirators, other than Northeast Pharmaceutical (Group) Co. Ltd., from December 1, 2001 to June 30, 2006. Excluded from this class are all governmental entities, defendants, their co-conspirators, and their respective subsidiaries or affiliates.

Pharmaceutical Group Corp., jointly and severally, in the amount of One Hundred Fifty Three Million Three Hundred Thousand Dollars ($153,300,000).

Date: Brooklyn, New York
March 14, 2013

S/BMC
_____
HON. BRIAN M. COGAN
UNITED STATES DISTRICT JUDGE

2