# SUSMAN GODFREY L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP

SUITE 5100
1000 LOUISIANA STREET
HOUSTON, TEXAS 77002-5096
(713) 651-9366
FAX (713) 654-6666
WWW.SUSMANGODFREY.COM

---

| SUITE 5100 | SUITE 950 | SUITE 3800 | 15TH FLOOR |
| 901 MAIN STREET | 1901 AVENUE OF THE STARS | 1201 THIRD AVENUE | 560 LEXINGTON AVENUE |
| DALLAS, TEXAS 75202-3775 | LOS ANGELES, CALIFORNIA 90067-6029 | SEATTLE, WASHINGTON 98101-3000 | NEW YORK, NEW YORK 10022-6828 |
| (214) 754-1900 | (310) 789-3100 | (206) 516-3880 | (212) 336-8330 |

JAMES T. SOUTHWICK
DIRECT DIAL (713) 653-7811

E-MAIL JSOUTHWICK@SUSMANGODFREY.COM

March 25, 2013

*Via ECF*

Honorable Brian M. Cogan
U.S. District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:  *In re Vitamin C Antitrust Litigation*, *The Ranis Company v. North China Pharmaceutical Group Corp. and Hebei Welcome Pharmaceutical Corp.;* MDL 06-1738 (BMC) (JO)

Dear Judge Cogan:

Plaintiffs request an extension of time to file their petitions for attorney fees and reimbursable costs to April 11, 2013. The original due date is March 28th; no prior requests for extension have been submitted. Plaintiffs conferred with counsel for the remaining Defendants, who agree to this request. Defendants will propose a reasonable response time after they have had an opportunity to review the petition.

Respectfully submitted,


*/s/ James T Southwick*
James T. Southwick

2634817v1/008808