UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE VITAMIN C ANTITRUST LITIGATION<br><br>**This Document Relates To:**<br>**ALL CASES** | MASTER FILE 06-MD-1738 (BMC) (JO) |

**INJUNCTION CLASS PLAINTIFFS' NOTICE OF MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT WITH DEFENDANT NORTHEAST PHARMACEUTICAL CO., LTD.**

PLEASE TAKE NOTICE THAT, upon the Declaration of Michael D. Hausfeld in Support of Injunction Class Plaintiffs' Motion for Preliminary Approval of Settlement with Defendant Northeast Pharmaceutical Co., Ltd., and the Memorandum of Law in Support of Injunction Class Plaintiffs' Motion for Preliminary Approval of Settlement with Defendant Northeast Pharmaceutical Co., Ltd., dated March 25, 2013, and all other papers and proceedings herein, Plaintiffs will move this Court on a date and time to be set by the Court, before the Honorable Brian M. Cogan, United States District Judge, at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York, pursuant to Rule 23 of the Federal Rules of Civil Procedure, to enter an order:

1. preliminarily approving the NEPG Settlement Agreement and find that its terms are sufficiently fair, reasonable, and adequate for notice to be issued;

2. ordering Class Counsel to disseminate notice to the Class, upon submission of proposed notices and approval by the Court of the form of notice and the notice plan; and

3. approving Rust Consulting as Administrator of the Settlement, and Citibank as Escrow Agent.

Oral argument on this motion, if any, will be held on a date and time set by the Court.

2

Dated: March 25, 2013                                            Respectfully submitted,

*/s/ Michael D. Hausfeld*                                        */s/ William A. Isaacson*
Michael D. Hausfeld                                              William A. Isaacson
Brian A. Ratner                                                  Tanya Chutkan
Brent W. Landau                                                  Jennifer Milici
Melinda R. Coolidge                                              BOIES, SCHILLER & FLEXNER LLP
HAUSFELD LLP                                                     5301 Wisconsin Avenue, NW, Suite 800
1700 K Street, NW Suite 650                                      Washington, DC 20015
Washington, DC 20006                                             Tel.: (202) 237-2727
Tel: (202) 540-7200                                              Fax: (202) 237-6131
Fax: (202) 540-7201


*/s/ James T. Southwick*                                         Alanna Rutherford (AR-0497)
James T. Southwick                                               BOIES, SCHILLER & FLEXNER LLP
Shawn L. Raymond                                                 575 Lexington Avenue, 7th Floor
Katherine Kunz                                                   New York, New York 10022
SUSMAN GODFREY L.L.P.                                            Tel: (212) 446-2300
1000 Louisiana, Suite 5100                                       Fax: (212) 446-2350
Houston, TX 77002
Tel.: (713) 651-9366
Fax: (713) 654-6666


*Class Counsel for the Injunction Class*