UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE VITAMIN C ANTITRUST LITIGATION<br><br>**This Document Relates To:**<br>ALL CASES | MASTER FILE 06-MD-1738 (BMC) (JO) |

# CERTIFIED CLASSES' NOTICE OF MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT WITH DEFENDANTS WEISHENG PHARMACEUTICAL COMPANY, LTD. AND CHINA PHARMACEUTICAL GROUP, LTD.

PLEASE TAKE NOTICE THAT, upon the Declaration of Michael D. Hausfeld in Support of Certified Classes' Motion for Preliminary Approval of Settlement with Defendants Northeast Pharmaceutical Co., Ltd., and the Memorandum of Law in Support of Certified Classes' Motion for Preliminary Approval of Settlements with Defendants Weisheng Pharmaceutical Company, Ltd. and China Pharmaceutical Group, Ltd., dated March 25, 2013, and all other papers and proceedings herein, Plaintiffs will move this Court on a date and time to be set by the Court, before the Honorable Brian M. Cogan, United States District Judge, at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York, pursuant to Rule 23 of the Federal Rules of Civil Procedure, to enter an order:

1. preliminarily approving the Certified Classes Settlement Agreement with Weisheng and CPG and find that its terms are sufficiently fair, reasonable, and adequate for notice to be issued;

2. ordering Class Counsel to disseminate notice to the Classes, upon submission of proposed notices and approval by the Court of the form of notice and the notice plan; and

3. approving Rust Consulting as Administrator of the Settlement, and Citibank as Escrow Agent.

Oral argument on this motion, if any, will be held on a date and time set by the Court.

Dated: March 25, 2013

Respectfully submitted,

*/s/ Michael D. Hausfeld*
Michael D. Hausfeld
Brian A. Ratner
Brent W. Landau
Melinda R. Coolidge
HAUSFELD LLP
1700 K Street, NW Suite 650
Washington, DC 20006
Tel: (202) 540-7200
Fax: (202) 540-7201

*/s/ William A. Isaacson*
William A. Isaacson
Tanya Chutkan
Jennifer Milici
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue, NW, Suite 800
Washington, DC 20015
Tel.: (202) 237-2727
Fax: (202) 237-6131

*/s/ James T. Southwick*
James T. Southwick
Shawn L. Raymond
Katherine Kunz
SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, TX 77002
Tel.: (713) 651-9366
Fax: (713) 654-6666

Alanna Rutherford (AR-0497)
BOIES, SCHILLER & FLEXNER LLP
575 Lexington Avenue, 7th Floor
New York, New York 10022
Tel: (212) 446-2300
Fax: (212) 446-2350

*Co-Lead Counsel for the Certified Direct Purchaser Damages Class and Injunction Class*