UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE VITAMIN C ANTITRUST LITIGATION<br><br>This Document Relates To All Indirect Purchaser Actions:<br><br>*Audette v. Hebei Welcome Pharmaceutical Co. Ltd., et al.*<br>Case No. 06-988<br><br>*Philion, et al. v. Hebei Welcome Pharmaceutical Co. Ltd., et al.*<br>Case No. 06-987<br><br>*Keane, et al. v. Hebei Welcome Pharmaceutical Co. Ltd., et al.*<br>Case No. 06-149 | MASTER FILE 06-MD-1738 (BMC) (JO) |

### INDIRECT PURCHASER PLAINTIFFS' NOTICE OF MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT WITH DEFENDANT NORTHEAST PHARMACEUTICAL GROUP CO., LTD.

PLEASE TAKE NOTICE THAT, upon the Declaration of Timothy D. Battin in Support of Plaintiffs' Motion for Preliminary Approval of Settlement with Defendant Northeast Pharmaceutical Group Co., Ltd ("NEPG"), and the Memorandum of Law in Support of Indirect Purchaser Plaintiffs' Motion for Preliminary Approval of Settlement with Defendant Northeast Pharmaceutical Group Co., Ltd ("NEPG"), dated March 29, 2013, and all other papers and proceedings herein, Plaintiffs will move this Court on a date and time to be set by the Court, before the Honorable Brian M. Cogan, United States District Judge, at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York, pursuant to Rule 23 of the Federal Rules of Civil Procedure, to enter an order to:

1. Preliminarily approve the Settlement Agreement and find that its terms are sufficiently fair, reasonable, and adequate for notice to be issued to the Settlement Class;

    **2.**    Certify the Settlement Class, for purposes of settlement only pursuant to Federal Rule of Civil Procedure 23(c), and authorize Indirect Purchaser Plaintiffs to represent the Settlement Class;

    **3.**    Order Class Counsel to disseminate notice to the Classes, upon submission of proposed notices and approval by the Court of the form of notice and the notice plan; and

    **4.**    Approve Rust Consulting as Administrator of the Settlements, and Citibank as Escrow Agent.

Oral argument on this motion, if any, will be held on a date and time set by the Court.

Dated: March 28, 2013                                            Respectfully submitted,

| | |
|---|---|
| */s/ Daniel E. Gustafson* | */s/ Timothy D. Battin* |
| Daniel E. Gustafson | Timothy Battin |
| Daniel C. Hedlund | **STRAUS & BOIES, LLP** |
| **GUSTAFSON GLUEK, PLLC** | 4041 University Drive, Fifth Floor |
| Canadian Pacific Plaza | Fairfax, VA 22030 |
| 120 South Sixth Street, Suite 2600 | Tel: (703) 764-8700 |
| Minneapolis, MN 55402 | Fax: (703) 764-8704 |
| Tel: (612) 333-8844 | |
| Fax: (612) 339-6622 | |

*/s/ R. Alexander Saveri*
R. Alexander Saveri
**SAVERI & SAVERI, INC.**
706 Sansome Street
San Francisco, CA 94111
Tel: (415) 217-6810

*Co-Lead Counsel for the Putative Settlement Class*