# SUSMAN GODFREY L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP
SUITE 5100
1000 LOUISIANA STREET
HOUSTON, TEXAS 77002-5096
(713) 651-9366
FAX (713) 654-6666
WWW.SUSMANGODFREY.COM

_____

| SUITE 5100 | SUITE 950 | SUITE 3800 | 15TH FLOOR |
| 901 MAIN STREET | 1901 AVENUE OF THE STARS | 1201 THIRD AVENUE | 560 LEXINGTON AVENUE |
| DALLAS, TEXAS 75202-3775 | LOS ANGELES, CALIFORNIA 90067-6029 | SEATTLE, WASHINGTON 98101-3000 | NEW YORK, NEW YORK 10022-6828 |
| (214) 754-1900 | (310) 789-3100 | (206) 516-3880 | (212) 336-8330 |

JAMES T. SOUTHWICK
DIRECT DIAL (713) 653-7811

E-MAIL JSOUTHWICK@SUSMANGODFREY.COM

April 8, 2013

*Via ECF*

Honorable Brian M. Cogan
U.S. District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

Re:   *In re Vitamin C Antitrust Litigation*, *The Ranis Company v. North China Pharmaceutical Group Corp. and Hebei Welcome Pharmaceutical Corp.;* MDL 06-1738 (BMC) (JO)

Dear Judge Cogan:

Plaintiffs request that the date for filing their motions for attorneys' fees and costs be extended to May 2, 2013. The original due date was March 28, 2013. One prior request to extend the date for these filings was granted and extended the time from March 28 to April 11. Counsel for Defendants do not oppose this request.

The additional time is requested because of the difficulties gathering and organizing invoices over the past 8 years from multiple locations and because some invoices have not yet been received and processed from the trial in March. No currently scheduled dates are affected by this request. Defendants will propose a reasonable response time after they have had an opportunity to review the petitions.

Respectfully submitted,

*/s/ James T Southwick*
James T. Southwick

2652221v1/008808