**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE<br>VITAMIN C ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>*Animal Science Products, Inc., et al. v. Hebei Welcome Pharmaceutical Co., Ltd., et al.*, Case No. 1:05-CV-00453(BMC)(JO) (E.D.N.Y.) | MASTER FILE 1:06-MDL-1738 (BMC)(JO)<br><br>**DEFENDANTS' NOTICE OF MOTION AND RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW UNDER FED. R. CIV. P. 50(B) AND FED. R. CIV. P. 59(E)** |

**TO PLAINTIFFS AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that upon the accompanying memoranda of law, defendants Hebei Welcome Pharmaceutical Co., Ltd. and North China Pharmaceutical Group Corp. hereby move this Court before the Honorable Brian M. Cogan, United States District Judge, in Courtroom 8D South at the U.S. Courthouse, 225 Cadman Plaza East, Brooklyn, NY 11201 (a) for judgment as a matter of law under Fed. R. Civ. P. 50(b) and 59(e) to exclude from the jury verdict's [D.E. 675] calculation of damages any purchases from two non-defendants alleged to be co-conspirators, Shandong Zibo Hualong Company, Ltd. ("Hualong") and Anhui Tiger Biotech Company ("Tiger"), reducing the damage award by $7.5 million before trebling ($22.5 million after trebling), or in the alternative, (b) to alter or amend the judgment by remittitur, on the ground that plaintiffs have put forth no evidence showing that these purchases were not made pursuant to a contract containing an arbitration clause.

Dated:  April 11, 2013

                                    Respectfully submitted,

                                    <u>/s/ Darrell Prescott</u>
                                    Charles H. Critchlow
                                    Darrell Prescott
                                    Catherine Y. Stillman
                                    BAKER & MCKENZIE LLP
                                    1114 Avenue of the Americas
                                    New York, NY 10036
                                    Tel: (212) 626-4100
                                    Fax:  (212) 310-1637

                                    *Counsel for Hebei Welcome Pharmaceutical Co.,*
                                    *Ltd and North China Pharmaceutical Group*
                                    *Corporation*