# EXHIBIT G

# China Chamber of Commerce of Medicines & Health Products Importers &Exporters

[2001] YiShangZi No.116

### Notice for Distributing the Minutes of the Second Meeting of Chinese Vitamin C Manufacturers

To member enterprises of Vitamin C Sub-Committee,

Pursuant to thoughts of the Ministry of Foreign Trade & Economic Cooperation ("MOFTEC") on reforming the export regulatory system, there will be a relatively significant changes to the regulatory manner of Vitamin C exports in 2002. In order to adapt to the new situation, China Chamber of Commerce of Medicines & Health Products Importers &Exporters ("the Chamber") held two meetings respectively on November 16, 2001 and December 21, 2001 with the persons in charge of the major Vitamin C manufacturers concerning issues of the self-discipline of Vitamin C export industry in 2002. Attached are the Minutes of the Second Meeting of Chinese Vitamin C Manufacturers. Please carefully review these and provide comments, and respond to the Chamber by December 29, 2002. If there are no comments, please implement in compliance with these Minutes.

The Chamber hereby makes this notice.

<u>Attachment</u>: the Minutes of the Second Meeting of Chinese Vitamin C Manufacturers


China Chamber of Commerce of Medicines & Health Products Importers &Exporters
(Seal)

December 25, 2001

02



DEFENDANT'S TRIAL EXHIBIT
E.D.N.Y. / 06-MD-01738
DTX-028

1

## Minutes of the Second Meeting of Chinese Vitamin C Manufacturers

On December 21, 2001, China Chamber of Commerce of Medicines & Health Products Importers & Exporters held a meeting with the heads of the Northeast Pharmaceutical General Factory, Jiangsu Jiangshan Pharmaceutical Co., Ltd., Shijiazhuang Pharmaceutical Group and Weisheng Pharmaceutical Co., Ltd., and Hebei Welcome Pharmaceutical Co. Ltd. at the Hua Yao Plaza in Shijiazhuang to discuss issues relating to Vitamin C exports in 2002. Zhang Changxin, Vice Chairman of the Chamber and Qiao Haili, Director of Western Medicine Department and Secretary-General of the Vitamin C Sub-Committee attended this meeting. This meeting was presided over by Qiao Haili.

Pursuant to MOFTEC's thoughts on reforming the export regulatory system, there would be relatively significant changes in the regulatory manner concerning Vitamin C exports in 2002. In order to adapt to the new situation, the Chamber held a meeting on November 16, 2001 with the heads of the major Chinese Vitamin C manufacturers, during which they agreed upon issues regarding the industry self-discipline for Vitamin C export. Specifically, each Chinese Vitamin C manufacturer shall export Vitamin C in 2002 according to the export volume respectively committed by each of them. This meeting reached the following resolutions on the relevant specific issues relating to the implementation of the vitamin C industry self-discipline in 2002:

1.  <u>The committed export volume as part of the industry self-discipline shall be strictly implemented</u>. From January 1, 2002, the Vitamin C products that are and declared at the customs for export by the aforementioned manufacturers shall be respectively recorded into the total export volume of each of such manufacturers; the volume of Vitamin C products declared for export by the import and export companies based on outright purchase or agency arrangements with the above-mentioned manufacturers, upon confirmation by the respective manufacturer, shall be accordingly recorded into the total export volume of such manufacturer. This work is crucial for the implementation of the self-discipline for Vitamin C export industry in 2002, and each import and export company shall actively co-operate and co-ordinate with the manufacturing companies with regard to their confirmations. Those import and export enterprises that are not in strict compliance with this requirement will be punished by Vitamin C Sub-Committee.

2.  <u>Exports shall be balanced</u>. While all the Vitamin C manufacturers agreed to strictly control the export volume, it is imperative to keep the balance of the export. Such balance shall be implemented based on the average monthly export volume (including the export volume declared by the foreign trade companies through outright purchase or agency arrangement) of each manufacturer. To deal with any exceptional situations temporarily appeared in the market, each Vitamin C manufacturer is allowed to have some additional export volume within the whole year apart from its average monthly export volume, with 200 tons for Northeast GPF, 150 tons for Jiangsu Jiangshan, 150 tons for Shijiazhuang Pharmaceutical Group and Weisheng, 130 tons for

03

Hebei Welcome. However, at the end of the year the total export volume shall not exceed the total export volume committed by each manufacturer.

3. <u>A "Special Chop for the Export Contract" will be used</u>. Each Vitamin C manufacturer shall make such chop and use it on supply contracts with import and export enterprises from January 1, 2002.

4. <u>To punish any violations</u>. With respect to the Vitamin C manufacturers with violations of using disguised low prices or exporting beyond given volume, etc, when confirmed upon investigation, a penalty will be imposed on the violating manufacturer. Namely, five times of the export volume that is in violation shall be deducted from the total allocated export volume of the violating manufacturer. Penalties applicable to the violating foreign trade companies are to be formulated.

5. An industry self-discipline inspection group shall be formed, with the Secretary-general of Vitamin C Sub-committee as the leader, and each Vitamin C manufacturer will designate one mid-level officer as member.

**04**

## Abacus Consulting Services

401 N. Garfield Ave. Ste 1, Alhambra, CA 91801 Tel: 626-487-8909 Fax: 626-282-9252 Website: http://www.certifiedchinesetranslation.com/ Email: abacustranslation@gmail.com

### CERTIFICATION OF TRANSLATION
(Certified by Courts)

This is to certify under the penalty of perjury that I am a court certified interpreter in California with license number #301138 and I am fluent in Chinese (Mandarin) and English languages, that the following

- Notice for Meeting by Vitamin C Manufacturers dated December 19, 2001, bates labeled 01;
- Notice for Distributing the Minutes of the Second Meeting of Chinese Vitamin C Manufacturers, bates labeled 02-04, as part of Dep. Ex. 255;
- Notice for Distributing Minutes of Meeting by Leaders of Vitamin C Manufacturers, dated December 20, 2001, bates labeled JJPC 0051157;
- Report Regarding the Current Vitamin C Export Circumstances and Recommendations of Countermeasures, dated 1996, Defendants' Trial Exhibit 10, Exhibit 20 to Chan Decl.;
- Our Vitamin C Is in Danger of an Antidumping Suit by the European Union, dated September 19, 2001, bates labeled JJPC0049428;
- Regarding the possibility of Europe bringing an antitrust sui against our vitamin C, dated November 5, 2001, bates labeled JJPC55588;
- Proposal of the board of directors of Weisheng Pharmaceutical, dated May 28, 2004, bates labeled WSC00011430; and
- Chamber Meeting Minutes dated December 23, 2005, Exhibit 39 to Chan Decl.

is (are) complete and accurate translations of the original versions to the best of my ability and knowledge

Signed on October 25, 2012 in Los Angeles, California, USA

Samuel Shen Chong
CA Court Certified Interpreter (License No. 301138), New York Court Certified Interpreter
Federal Court Registered Interpreter (US District Courts)
ATA (American Translators Association) Associate #243264
Abacus Consulting Services
401 N. Garfield Ave. #1
Alhambra, CA 91801, USA
Tel: 626-487-8909 Fax: 626-282-9252

# 中国医药保健品进出口商会

[2001] 医商字第 116 号

关于印发《第二次中国维生素 C 生产企业会议纪要》的通知

维 C 分会会员企业:

根据外经贸部出口商品管理体制改革思路,2002 年维 C 出口管理方式将发生较大变化。为适应新的形势,医保商会于 2001 年 11 月 16 日和 12 月 21 日两次召集中国主要维生素 C 生产企业负责人举行会议,研究 2002 年维 C 出口行业自律问题。现将《第二次中国维生素 C 生产企业会议纪要》印发你们。请认真阅提修改意见,并于 12 月 29 日反馈我商会。如无意见,即照此执行。

特此通知。

附:第二次中国维生素 C 生产企业会议纪要



中国医药保健品进出口商会

2001 年 12 月 25 日

附件:

## 第二次中国维生素C生产企业会议纪要

2001年12月21日,中国医药保健品进出口商会召集东北制药总厂、江苏江山制药有限公司、石家庄制药集团及维生药业、河北维尔康制药有限公司有关负责人在石家庄华药大厦举行会议,研究2002年维生素C出口问题。医保商会副会长张长新、西药部主任及维C分会秘书长乔海利参加了会议。会议由乔海利主持。

根据外经贸部出口商品管理体制改革思路,2002年维生素C出口管理方式将发生较大变化。为适应新的形势,医保商会曾于2001年11月16日召集主要生产企业领导人开会,就维C出口的行业自律达成一致意见,即2002年,各生产企业将按照各自承诺的数量进行出口。本次会议就落实2002年维C出口行业自律的有关具体问题形成决议如下:

一、关于全面执行行业自律出口数量问题。从2002年1月1日起,由上述维C生产企业报关出口的维C,均分别记入各企业的出口总量;由外贸公司买断或代理报关出口的维C,在分别经上述维C生产企业确认后,相应记入各企业的出口总量。此项工作对于搞好2002年维C出口行业自律至关重要,务必请各外贸企业给予积极配合,做好与生产企业的衔接确认工作。对不严格执行此项要求的外贸企业,维C分

会将予以处罚。

二、关于均衡出口问题。各生产企业一致同意在严格控制出口总量的同时，必须做到均衡出口。均衡出口按生产企业各自的平均月出口量（含外贸企业买断或代理出口数量）实施。为便于解决市场临时出现的特殊情况，各生产企业在各自的平均月出口量以外，在全年内允许有一定的机动出口量，其中东北制药总厂200吨、江苏江山制药有限公司150吨、石药集团及维生药业150吨、河北维尔康制药有限公司130吨。到年底不能超出各生产企业应出口总量。

三、关于启用"出口合同专用章"问题。各生产企业加刻"出口合同专用章"，并从2002年1月1日起，用于与外贸企业的供货合同。

四、关于对违规行为的处罚问题。对存在变相低价、超量出口等违规行为的生产企业，一经查实，给予违规出口量5倍的扣减。对存在违规行为的外贸企业的处罚规定，另行制定。

五、成立行业自律检查小组，由医保商会维C分会秘书长任组长，各生产企业各出一名中层干部组成。