UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Vitamin C Antitrust Litigation<br><br>This Document Relates To:<br><br>ALL CASES | Master File 06-MD-1738 (DGT) (JO) |

NOTICE OF DIRECT AND INDIRECT PURCHASER PLAINTIFFS' JOINT MOTION
FOR APPROVAL OF NOTICE PLAN AND FORM OF NOTICE

PLEASE TAKE NOTICE THAT, upon the Memorandum of Law in Support of Direct and Indirect Purchaser Plaintiffs' Joint Motion for Approval of Notice Plan and Form of Notice, Plaintiffs will move this Court on a date and time to be set by the Court, before the Honorable Brian M. Cogan, United States District Judge, at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York, pursuant to Rule 23 of the Federal Rules of Civil Procedure, to enter an order:

1. directing Class Counsel to disseminate notices to the Certified Classes and the Indirect Purchaser Damages Class;

2. setting a deadline for class members to exclude themselves from the Indirect Purchaser Damages Class;

3. setting a deadline for members of the Direct Purchaser Damages Class who have not already done so to submit a Claim Form to the Claims Administrator;

4. setting a deadline for class members to serve and file any objections to either of the settlements, the request for attorneys' fees and litigation expenses, the Plan of Allocation for the distribution of the Direct Purchaser Damages Class settlement fund, and the proposal for the distribution of the Indirect Purchaser Damages Class settlement fund(s);

5. scheduling a Fairness Hearing to (a) determine the fairness, reasonableness, and adequacy of the settlements, and whether each should be finally approved by the Court; (b) evaluate plaintiffs' request for attorneys' fees and litigation expenses; and (c) evaluate the Plan of Allocation for distribution of the Direct Purchaser Damages Class settlement, and the proposal for the distribution of the Indirect Purchaser Damages Class settlement fund(s);

6. granting such other and further relief as may be appropriate.

1

Dated:  April 29, 2012                                             Respectfully submitted,

/s/ Brian A. Ratner_____                       /s/ William A. Isaacson_____
Brian A. Ratner                                                        William A. Isaacson
Brent W. Landau                                                      Tanya Chutkan
Melinda R. Coolidge                                                Jennifer Milici
HAUSFELD LLP                                                      BOIES, SCHILLER & FLEXNER LLP
1700 K Street, NW Suite 650                                    5301 Wisconsin Avenue, NW, Suite 800
Washington, DC 20006                                            Washington, DC  20015
Tel:  (202) 540-7200                                                 Tel.:  (202) 237-2727
Fax:  (202) 540-7201                                                Fax:  (202) 237-6131

/s/ James T. Southwick_____
James T. Southwick
Shawn L. Raymond
Katherine Kunz
SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, TX  77002
Tel.:  (713) 651-9366
Fax:  (713) 654-6666

*Co-Lead Counsel for the Certified Direct Purchaser Damages Class and Injunction Class*

/s/ Daniel E. Gustafson_____                       /s/ Timothy Battin_____
Daniel E. Gustafson                                                  Timothy Battin
Daniel C. Hedlund                                                    **STRAUS & BOIES, LLP**
**GUSTAFSON GLUEK, PLLC**                            4041 University Drive, Fifth Floor
Canadian Pacific Plaza                                              Fairfax, VA  22030
120 South Sixth Street, Suite 2600                            Tel: (703) 764-8700
Minneapolis, MN  55402                                          Fax: (703) 764-8704
Tel: (612) 333-8844
Fax: (612) 339-6622

/s/ R. Alexander Saveri_____
R. Alexander Saveri
**SAVERI & SAVERI, INC.**
706 Sansome Street
San Francisco, CA 94111
Tel: (415) 217-6810

*Co-Lead Counsel for Indirect Purchaser Damages Class*