UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re VITAMIN C ANTITRUST LITIGATION | 1:06-MD-01738 (BMC) (JO) |
| THIS DOCUMENT RELATES TO: | |
| ANIMAL SCIENCE PRODUCTS, INC., et al. | |
| Plaintiffs, v. | CV-05-453 |
| HEBEI WELCOME PHARMACEUTICAL CO. LTD., et al. | |
| Defendants. | |

### NOTICE OF CLASS COUNSEL'S APPLICATION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES

Please take notice that upon the Memorandum of Law in Support of Class Counsel's Application for an Award of Attorneys' Fees and Reimbursement of Expenses, and the Declarations of James T. Southwick, Tanya S. Chutkan, and Michael D. Hausfeld, counsel for the Direct Purchaser Damages Class and the Injunction Class will move this Court on August 29, 2013, or at the Court's convenience, before the Honorable Brian M. Cogan, United States District Judge, in Courtroom 8D at the U.S. Courthouse, 225 Cadman Plaza East, Brooklyn, NY 11201, for an order awarding $7,875,000 million in attorneys' fees, and reimbursement of $1,591,358.94 in expenses incurred in the prosecution of this action from the CPG and Weisheng settlement fund; and $500,000 in fees from the NEPG settlement fund.

Dated:   June 26, 2013								Respectfully Submitted,

| | |
|---|---|
| /s/ William A. Isaacson | /s/ Michael D. Hausfeld |
| William A. Isaacson | Michael D. Hausfeld |
| Tanya Chutkan | Brian A. Ratner |
| Jennifer Milici | Brent W. Landau |
| BOIES, SCHILLER & FLEXNER LLP | Melinda R. Coolidge |
| 5301 Wisconsin Avenue, NW, Suite 800 | HAUSFELD LLP |
| Washington, DC  20015 | 1700 K Street N.W., Suite 650 |
| Tel.:  (202) 237-2727 | Washington, DC  20006 |
| Fax:  (202) 237-6131 | Tel.:  (202) 540-7200 |
| | Fax:  (202) 540-7201 |
| /s/ Alanna Rutherford | |
| Alanna Rutherford (AR-0497) | /s/ James T. Southwick |
| BOIES, SCHILLER & FLEXNER LLP | James T. Southwick |
| 575 Lexington Avenue, 7th Floor | Shawn Raymond |
| New York, New York 10022 | Katherine H. Kunz |
| Tel: (212) 446-2300 | SUSMAN GODFREY L.L.P |
| Fax: (212) 446-2350 | 1000 Louisiana, Suite 5100 |
| | Houston, TX  77002 |
| | Tel.:  (713) 651-9366 |
| | Fax:  (713) 654-6666 |

*Co-Lead Counsel for the Certified Direct Purchaser Damages Class and Injunction Class*