*for August M.*

Andie' West
D-80919
General Delivery
San Quentin, CA 94964

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ AUG 12 2013 ★

In Pro Se

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

ANDIE' WEST,
    Plaintiff,

v.

HEBEI WELCOME PHARMACEUTICAL
CO. Ltd., et al.,

    Defendants,

Case No. 06MD1738 (BMC)

NOTICE OF MOTION AND MOTION
TO PERMIT JOINDER
(Pursuant Rules 18(a) and
20(1)(1)(a)

    Plaintiff ANDIE' WEST herein moves the Court to permit him noted joinder to the indirect purchaser damage lawsuit pending settlement approval against the above named defendants. Plaintiff on a continuing bases between December 1, 2001 and June 30, 2006 purchased vitamin C. Plaintiff during all times above stated resided in California and purchased capsules and tablets containing vitamin C for use or consumption.

1

Plaintiff Prays the Court permit joinder and instructs class counsel to disburse a portion of settlement deemed appropiate to plaintiff.   Plaintiff receives mail at Andie West D-80919
General Delivery
San Quentin, CA 94964


I  ANDIE' WEST     declares under pains and penalty of perjury that all the foregoing is true and correct.

/s/ *André West*

Executed this 2nd day of August 2013 at San Quentin, CA

Andie West
D80*** CA MEDICAL FACILITY
P.O. Box 2500
Vacaville, CA  95696

U.S. DISTRICT COURT
1185 United States Courthouse
225 Cadman Plaza
Brooklyn, NY  11201-Legal Mail


Mailed: August 5,2013