FILED
IN CLERK'S OFFICE
US DISTRICT COURT E D N.Y

★ AUG 19 2013 ★

BROOKLYN OFFICE

david sellers
d-21761 t-243
1600 california dr.
vacaville, ca 95696-2500

united states district court

eastern district of new york

in the matter;                           case no.----------------------

hebei welcome pharmaceutical
co, ltd., et al.,

   defendants,

comes now david sellers, plaintiff herein appearing before the court notices the court to take judicial notice that plaintiff exercises his option as an included member of the indirect purchase damages class and agrees to be legally bound by the indirect purchaser damages class settlement. plaintiff between december 1,2001 and june 30,2006 purchased capsules or tablets containing vitamin c for use or comsumption and not for sale.
during the periods stated above plaintiff lived in california. plaintiff monthly purchased vitamin c.

1

plaintiff david sellers moves the court to direct his inclusion as a recipient in the settlement disbursement.

i david sellers, declares that all of the foregone is true and correct.

executed this 14th day of august 2013, at solano county, ca.

/s/

   david sellers

david sellers
d-21761    t243
1600 california drive
vacaville, ca 95696

CA MEDICAL FACILITY

FIRST CLASS



02 1M
0004225987    AUG 16 2013
MAILED FROM ZIP CODE 95687

united states district court
eastern district
1185 united states courthouse
225 cadman plaza east
brooklyn, ny 11201-1818

**legal mail**                    **legal mail**

112011832S9

So Ordered:

/s/ BMC
8/21/13

#791