UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
IN RE VITAMIN C ANTITRUST LITIGATION    :    MASTER FILE
                                                               :    06-MD-1738 (BMC) (JO)
--------------------------------------------------------  :
                                                               :
This document relates to:                             :
                                                               :
ANIMAL SCIENCE PRODUCTS, INC., et al.,   :
                                                               :
                     Plaintiffs,                          :    05-CV-453
                                                               :
v.                                                           :
                                                               :
HEBEI WELCOME PHARMACEUTICAL CO.  :
LTD., et al.,                                              :
                                                               :
                     Defendants.                       :
-------------------------------------------------------------- X

## ORDER

The motion for reconsideration is granted. Plaintiffs have now belatedly made clear that the fee award they requested was not to be paid to Class Counsel, but to the Direct Purchasers themselves. Because the full amount of each settlement will already be offset against the total damages owed by defendants, off-setting the portion of those settlements paid as fees to Class Counsel – money already included in the settlement totals – would be double counting. The Clerk is therefore directed to enter a Third Amended Judgment and Final Decree in the amount of $147,831,471.03 with interest *nunc pro tunc* to March 14, 2013.

**SO ORDERED.**

                                                              _____
                                                              U.S.D.J.

Dated:   Brooklyn, New York
             February 11, 2014