IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE VITAMIN C ) | |
| <u>ANTITRUST LITIGATION</u>        ) | ECF Case |
| ) | |
| This Document Relates to:                    ) | Case No.:  1:06-md-01738-BMC-JO |
| ) | |
| *Animal Science Products, Inc., et al. v. Hebei* ) | |
| *Welcome Pharmaceutical Co. Ltd., et al.*,      ) | |
| Case No. 1:05-cv-00453-BMC-JO (E.D.N.Y.)  ) | |
| ) | |

## <u>SECOND AMENDED NOTICE OF APPEAL</u>

Notice is hereby given that Defendants Hebei Welcome Pharmaceutical Co. Ltd. and North China Pharmaceutical Group Corporation ("Defendants") in the above-named case hereby amend their Amended Notice of Appeal (Docket Number 822) to include the Third Amended Judgment and Final Decree (Docket Number 835) entered in the above-named case on February 12, 2014, and all prior judgments, orders, and opinions entered in the above-named case. Defendants appeal to the United States Court of Appeals for the Second Circuit from the Third Amended Judgment and Final Decree (Docket Number 835), Second Amended Judgment and Final Decree (Docket Number 816), and Amended Judgment and Final Decree (Docket Number 801) in favor of Plaintiffs The Ranis Company, Inc. as representative of the Direct Purchaser Damages Class and Animal Science Products, Inc. as representative of the Injunction Class against Defendants, entered in the above-named case on February 12, 2014, December 30, 2013, and November 27, 2013, respectively, and all prior judgments, orders, and opinions entered in the above-named case.

Dated: February 18, 2014

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION

s/ Jonathan M. Jacobson
Jonathan M. Jacobson
Daniel P. Weick
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899
Email: jjacobson@wsgr.com
Email: dweick@wsgr.com

*Attorneys for Defendants Hebei Welcome Pharmaceutical Co. Ltd. and North China Pharmaceutical Group Corporation*

## CERTIFICATE OF SERVICE

    I, Jonathan M. Jacobson, hereby certify that I caused a true and correct copy of the foregoing Second Amended Notice of Appeal to be served on all counsel of record via ECF on this 18th day of February 2014.

Dated:  February 18, 2014            s/ Jonathan M. Jacobson
                                             Jonathan M. Jacobson