UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
IN RE VITAMIN C ANTITRUST               ORDER
LITIGATION
                                                          06-MD-1738 (BMC) (JO)
----------------------------------------------------------X

JAMES ORENSTEIN, Magistrate Judge:

      Attorney Keith A. Pitt, Esq. is permitted to argue or try this case in whole or in part as counsel or advocate. By February 26, 2014, Mr. Pitt shall register for ECF. Registration is available online at the EDNY's homepage. Once registered, Mr. Pitt shall file a notice of appearance and ensure that he receives electronic notification of activity in this case. Mr. Pitt shall also ensure that the $25 admission fee be submitted to the Clerk's Office.

      SO ORDERED.

Dated: Brooklyn, New York
       February 19, 2014

                                                               /s/
                                          JAMES ORENSTEIN
                                          U.S. Magistrate Judge