UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
IN RE VITAMIN C ANTITRUST                    ORDER
LITIGATION
                                                              06-MD-1738 (BMC) (JO)
----------------------------------------------------------X

JAMES ORENSTEIN, Magistrate Judge:

      Attorney Dean C. Eyler, Esq. is permitted to argue or try this case in whole or in part as counsel or advocate. By March 5, 2014, Mr. Eyler shall register for ECF. Registration is available online at the EDNY's homepage. Once registered, Mr. Eyler shall file a notice of appearance and ensure that he receives electronic notification of activity in this case. Mr. Eyler shall also ensure that the $25 admission fee be submitted to the Clerk's Office.

      SO ORDERED.

Dated: Brooklyn, New York
       February 26, 2014

                                                                         /s/
                                                      JAMES ORENSTEIN
                                                      U.S. Magistrate Judge