ALBUQUERQUE, N.M. 87111

April 15, 2014

CLERK
US DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
BROOKLYN, N.Y.11201

RE: VITAMIN C ANTITRUST LITIGATION 1:06-MD-01738

Dear Clerk:

My name is Neil Freedman. I live at 3808 Tewa NE Albuquerque, NM 87111. My telephone number is (505) 269-3479.

I am a member of the Class in the captioned case since I purchased Vitamin C pills (capsules and/or tablets) for my personal use many times in the period of December 1, 2001 and June 30, 2006.

The Vitamin C pills were purchased at Walmart and other grocery stores. I did not keep the receipts from any of these purchases. I couldn't anticipate that I would ever have any use for them. I think that this is an ABSURD requirement. My attorney is preparing an objection.

Neil Freedman