UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE VITAMIN C ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>ALL INDIRECT-PURCHASER ACTIONS | MASTER FILE 06-MD-1738 (BMC) (JO) |

**INDIRECT PURCHASER PLAINTIFFS' NOTICE OF MOTION FOR FINAL APPROVAL OF SETTLEMENT WITH DEFENDANTS WEISHENG PHARMACEUTICAL CO., LTD. AND CSPC PHARMACEUTICAL GROUP LIMITED**

PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum of Law in Support of Indirect Purchaser Plaintiffs' Motion for Final Approval of Settlement with Defendants Weisheng Pharmaceutical Co. Ltd. and CSPC Pharmaceutical Group Limited, the Declaration of April Hyduk, and all other papers and proceedings herein, Indirect Purchaser Plaintiffs will move this Court on May 16, 2014 at 10:00 a.m. before the Honorable Brian M. Cogan, United States District Judge, at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York, for an Order Granting Final Approval of Settlement with Defendants Weisheng Pharmaceutical Co., Ltd. and CSPC Pharmaceutical Group Limited pursuant to Rule

23 of the Federal Rules of Civil Procedure, and granting such other and further relief as may be appropriate.

Dated: April 25, 2014                                    Respectfully submitted,

*/s/ Daniel E. Gustafson*                                */s/ Timothy Battin*
Daniel E. Gustafson                                      David Boies
Daniel C. Hedlund                                        Timothy Battin
**GUSTAFSON GLUEK, PLLC**                                **STRAUS & BOIES, LLP**
Canadian Pacific Plaza                                   4041 University Drive, Fifth Floor
120 South Sixth Street, Suite 2600                       Fairfax, VA 22030
Minneapolis, MN 55402                                    Tel: (703) 764-8700
Tel: (612) 333-8844                                      Fax: (703) 764-8704
Fax: (612) 339-6622

*/s/ R. Alexander Saveri*
R. Alexander Saveri
**SAVERI & SAVERI, INC.**
706 Sansome Street
San Francisco, CA 94111
Tel: (415) 217-6810

*Co-Lead Counsel for Indirect Purchaser Settlement Class*