UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

--------------------------------------------------------X

IN RE VITAMIN C ANTITRUST
LITIGATION

                          ORDER

                          06-MD-1738 (BMC) (JO)

--------------------------------------------------------X

JAMES ORENSTEIN, Magistrate Judge:

        Attorney Christopher Le, Esq., is permitted to argue or try this case in whole or in part as counsel or advocate. By May 20, 2014, Mr. Le shall register for ECF. Registration is available online at the EDNY's homepage. Once registered, Mr. Le shall file a notice of appearance and ensure that he receives electronic notification of activity in this case. Mr. Le shall also ensure that the $25 admission fee be submitted to the Clerk's Office.

        SO ORDERED.

Dated: Brooklyn, New York
       May 13, 2014

                            _____/s/_____
                            JAMES ORENSTEIN
                            U.S. Magistrate Judge