IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

c/m

IN RE: Vitamin C Antitrust Litigation

CASE NO. 06-md-1738 (BMC)

> Motion denied. No adequate grounds have been stated and the motion is untimely.
> SO ORDERED: 6/3/14
>
> Digitally signed by Brian M. Cogan

Christopher Donnelly, Intervenor
Christopher Wirth, Intervenor
Jimmy Thule, Intervenor
Jonathan Rich, Intervenor
Terry Nichols, Intervenor
John Lindh, Intervenor
James Holmes, Intervenor

FILED
IN CLERKS OFFICE
US DISTRICT COURT E.D.N.Y.
★ MAY 29 2014 ★
BROOKLYN OFFICE

## Motion to Intervene as Plaintiff's under Rule 24(A)$^2$, Rule 24(B)

Comes Now, the Intervenors, Christopher Donnelly, Christopher Wirth, Jimmy Thule, Jonathan Rich, Terry Nichols, John Lindh, and James Holmes, moves this honorable Court to Intervene as Plaintiffs under rule 24(A)$^2$, 24(B) - permissive intervention. Our Intervention provides questions of laws and Facts that are common in this Action. We have a common vested interest in the Vitamin C Antitrust Litigation. Intervenors respectfully pray this honorable Court will grant their motions for relief.

respectfully,

_____ 5-24-14
Christopher Wirth
LA 2120
301 Institution DR
Bellefonte, PA 16823

_____ 5-24-14
Christopher Donnelly
JK 5048
301 Institution DR.
Bellefonte, PA 16823

_____ 5-24-14
Jonathan Rich
KX9662
301 Institution DR
Bellefonte, PA 16823

_____ 5-16-14
Jimmy Thule
518 George Rd
Toms River, NJ 08753

_____ 5-20-14
John Lindh
5880 Highway 67
Florence, Colorado 81226

_____ 5/20/14
Terry Nichols
5880 Highway 67
Florence, Colorado 81226

_____ 5/17/14
James Holmes
7375 S. Potomac St.
Centennial, CO 80112

Christopher Donnelly
JR5048
301 Institution Dr
Bellefonte, PA 16823

United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

11201316832

Inmate Mail - PA Dept of Corrections

JAN 27

FOREVER USA
Bank Swallow

