IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE VITAMIN C <u>ANTITRUST LITIGATION</u>   ) ) ) | ECF Case |
| This Document Relates to:   ) ) | Case No.: 1:06-md-01738-BMC-JO |
| *Animal Science Products, Inc., et al. v. Hebei Welcome Pharmaceutical Co. Ltd., et al.*, Case No. 1:05-cv-00453-BMC-JO (E.D.N.Y.)   ) ) ) ) ) | |

## NOTICE OF APPEAL

Notice is hereby given that Defendant Hebei Welcome Pharmaceutical Co. Ltd. ("Hebei") in the above-named case hereby appeals to the United States Court of Appeals for the Second Circuit from the Memorandum Decision and Order refusing to stay judgment enforcement proceedings as to Hebei, issuing a turnover order against Hebei, and refusing to dissolve the restraining notices served on Hebei and its banks (Docket Number 914), entered in the above-named case on October 23, 2014.  This appeal is timely per Federal Rules of Appellate Procedure 4(a)(1) and 26(a)(1)(C), or alternatively per Rule 4(a)(3).

Dated:  November 24, 2014

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION

s/ Jonathan M. Jacobson
Jonathan M. Jacobson
Daniel P. Weick
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone:  (212) 999-5800
Facsimile:  (212) 999-5899
Email:  jjacobson@wsgr.com
Email:  dweick@wsgr.com

*Attorneys for Defendants Hebei Welcome Pharmaceutical Co. Ltd.*

## CERTIFICATE OF SERVICE

  I, Jonathan M. Jacobson, hereby certify that I caused a true and correct copy of the foregoing Notice of Appeal to be served on all counsel of record via ECF on this 24th day of November 2014.

Dated: November 24, 2014          <u>s/ Jonathan M. Jacobson</u>
                        Jonathan M. Jacobson