**MANDATE**

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 20th day of September, two thousand and sixteen.

Before:    José A. Cabranes,
           Richard C. Wesley,
           Peter W. Hall,
                    *Circuit Judges.*
_____

In Re: Vitamin C Antitrust Litigation
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Animal Science Products, Inc., The Ranis Company, Inc.,

    Plaintiffs - Appellees,

v.                                                                                                    JUDGMENT
                                                                                                      Docket No. 13-4791

Hebei Welcome Pharmaceutical Co. Ltd., North China
Pharmaceutical Group Corporation,

    Defendants - Appellants.
_____

The appeal in the above captioned case from an order and judgment of the United States District Court for the Eastern District of New York was argued on the district court's record and the parties' briefs. Upon consideration thereof,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the district court's judgment entered on November 27, 2013 is VACATED. The district court's order of November 11, 2008, denying Defendants' motion to dismiss is REVERSED and the case is REMANDED with instructions to dismiss Plaintiffs' complaint with prejudice.

    For The Court:

    Catherine O'Hagan Wolfe,
    Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 11/14/2016