**MANDATE**

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 29th day of November, two thousand and sixteen.

Before:  José A. Cabranes,
         Richard C. Wesley,
         Peter W. Hall,
                *Circuit Judge.*

_____

In Re: Vitamin C Antitrust Litigation
********************************

The Ranis Company, Inc.,

   Appellant- Cross-Appellee,

  v.

Hebei Welcome Pharmaceutical Co. Ltd.,
North China Pharmaceutical Group Corporation,

   Appellees- Cross-Appellants.
_____

**ORDER**

Docket No. 14-4375(L),
              14-4378(XAP)

Appellees-Cross-Appellants Hebei Welcome Pharmaceutical Co. Ltd. and North China Pharmaceutical Group Corporation filed a motion, on consent of Appellant-Cross-Appellee The Ranis Company, Inc., to vacate the district court's October 23, 2014 post-judgment enforcement order as moot.

IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

**MANDATE ISSUED ON 11/29/2016**